Summons in a Civil Action (Rev 11/97)




# United States District Court

SOUTHERN DISTRICT OF CALIFORNIA

RICHARD A. CONNORS, an individual

vs

HOME LOAN CORP. dba EXPANDED MORTGAGE CREDIT, a Texas Corp. MORTAGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.,

(see attached)

SUMMONS IN A CIVIL ACTION

Case No.

'08 CV 1134 L LSP

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Janis L. Turner ALC SBN 079217
2515 Camino del Rio S., Suite 242B
San Diego, CA 92108 619-718-4800

An answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

JUN 24 2008
DATE

J. SEKULE

By , Deputy Clerk

Summons in a Civil Action



::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)

| SHORT TITLE: CONNORS v HOME LOAN CORP et al | CASE NUMBER: |
| --- | --- |

ATTACHMENT TO DEFENDANTS:

U.S. BANK NATIONAL ASSOCIATION as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2 AMERICA'S SERVICING COMPANY CAL WESTERN RECONVEYANCE CORP.,, a California Corp.

*(Required for verified pleading)* The items on this page stated on information and belief are *(specify item numbers, **not** line numbers)*:

This page may be used with any Judicial Council form or any other paper filed with the court.

**Page** ______

Form Approved by the Judicial Council of California MC-020 [New January 1, 1987]

**ADDITIONAL PAGE**
**Attach to Judicial Council Form or Other Court Paper**

CRC 201, 501

American LegalNet, Inc. www.USCourtForms.com