| | |
|---|---|
| RICHARD A. CONNORS, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>HOMELOAN CORP., dba EXPANDED MORTGAGE CREDIT, a Texas Corporation, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, a Delaware Corporation, U.S. BANK NATIONAL ASSOCIATION as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2, AMERICA'S SERVICING COMPANY, CAL-WESTERN RECONVEYANCE CORP., a California Corporation,<br><br>  Defendants. | Case No. 3:08- CV-01134 -L- LSP<br><br>**ORDER GRANTING JOINT MOTION FOR ORDER OF NON-MONETARY JUDGMENT AS TO DEFENDANT CAL-WESTERN RECONVEYANCE CORP.**<br>[doc. #15] |

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

Plaintiff RICHARD A. CONNORS ("Plaintiff') and Defendant CAL-WESTERN RECONVEYANCE CORP ("CWRC"), by and through their respective counsel, have submitted a joint motion in which Plaintiff acknowledges and agrees that CWRC has been named as a defendant in this litigation solely in its capacity as a trustee under the Deed of Trust and that it has not been named as a Defendant due to any acts or omissions on its part in the performance of its duties as trustee.

CWRC has agreed to be bound by whatever order or judgment is issued by the Court and Plaintiff has agreed that CWRC shall not be subject to any monetary awards, damages,

attorney's fees or costs.

Good cause appearing, the parties' joint motion is **GRANTED**. Accordingly, **IT IS ORDERED** that:

CWRC has been named as a defendant in this litigation solely in its capacity as a trustee under the deed of trust that is the subject of Plaintiff's first amended complaint and that CWRC has not been named as a defendant due to any acts or omissions on its part in the performance of its duties as trustee. CWRC has not been involved in any way with the property that is the subject of Plaintiff's first amended complaint, except in CWRC's capacity as the trustee under the deed of trust. CWRC shall be bound by whatever order or judgment is issued by the Court and shall not be subject to any monetary awards for damages, attorney's fees or costs. CWRC will not be required to respond to any of the pleadings in this action, and will not be required to appear at any hearings, or the trial in this matter. This Order shall not prejudice the rights of any trustor, beneficiary, or assignee under the deed of trust, and the joint motion does not constitute a waiver of any other person or entity's rights or obligations under the deed of trust. This Order shall inure to the benefit of Plaintiff and CWRC and their successors and/or assigns.

**IT IS SO ORDERED.**

DATED: July 17, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL