JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                    Ref. No.    : 0400714-01
Attorney for : CONNORS          Atty. File No.: 08CV1134L

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : CONNORS | Case No.: 08CV1134L LSP |
| DEFENDANT | : HOME LOAN CORP., et al. | **PROOF OF SERVICE** |

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

3.    a. Party served    :    THOMAS ABBOTT
      b. Person served  :    BRIAN PAINO, ASSOCIATE ATTORNEY
                             (AUTHORIZED TO ACCEPT SERVICE)

4.    Address where the party was served 525 EAST MAIN STREET
                             EL CAJON, CA  92020    (Business)

5.    I served the party
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
         receive service of process for the party (1) on  July  7, 2008   (2) at: 03:45 PM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
      a. JAMES ARNN                          d.  Fee for service: $100.50
      b. KNOX ATTORNEY SERVICE, INC.          e.  I am:
         2250 Fourth Avenue                        (3) a registered California process server
         San Diego, California  92101                  (i)   an employee
      c. 619-233-9700                               (ii)  Registration No. 1374
                                                    (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2008

                             Signature: _____
                                              JAMES ARNN
Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)        **PROOF OF SERVICE**