JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                          Ref. No.    : 0400714-01
Attorney for : CONNORS                Atty. File No.: 08CV1134L

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : CONNORS | Case No.: 08CV1134L LSP |
| DEFENDANT | : HOME LOAN CORP., et al. | **PROOF OF SERVICE** |

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

3.   a. Party served    :    THOMAS ABBOTT
     b. Person served   :    BRIAN PAINO, ASSOCIATE ATTORNEY
                             (AUTHORIZED TO ACCEPT SERVICE)

4.   Address where the party was served 525 EAST MAIN STREET
                             EL CAJON, CA  92020    (Business)

5.   I served the party
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on July  7, 2008    (2) at: 03:45 PM

6.   Witness fees were not demanded and were not paid.

7.   **Person who served papers**
     a. JAMES ARNN                                    d. Fee for service: $100.50
     b. KNOX ATTORNEY SERVICE, INC.                   e. I am:
        2250 Fourth Avenue                                (3) a registered California process server
        San Diego, California  92101                          (i)   an employee
     c. 619-233-9700                                          (ii)  Registration No. 1374
                                                              (iii) County:  San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 9, 2008

                                    Signature: _____
                                                     JAMES ARNN

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)              **PROOF OF SERVICE**

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO  CA  92108
619-718-4800                              Ref. No.    : 0400714-01
Attorney for :  CONNORS                   Atty. File No.:  08CV1134L

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF      :  CONNORS                          Case No.: 08CV1134L LSP
DEFENDANT      :  HOME LOAN CORP., et al.          **PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the MOTION FOR ISSUANCE OF PRELIMINARY INJUNCTION

3.    a. Party served    :    THOMAS ABBOTT
      b. Person served   :    BRIAN PAINO, ASSOCIATE ATTORNEY
                              (AUTHORIZED TO ACCEPT SERVICE)

4.    Address where the party was served 525 EAST MAIN STREET
                              EL CAJON, CA  92020     (Business)

5.    I served the party
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
         receive service of process for the party (1) on July 7, 2008   (2) at: 03:45 PM

6.    Witness fees were not demanded and were not paid.

7.    **Person who served papers**
      a. JAMES ARNN                           d. Fee for service: $100.50
      b. KNOX ATTORNEY SERVICE, INC.          e. I am:
         2250 Fourth Avenue                        (3) a registered California process server
         San Diego, California  92101                  (i)   an employee
      c. 619-233-9700                                   (ii)  Registration No. 1374
                                                        (iii) County:  San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  July 9, 2008

                                          Signature: _____
                                                          JAMES ARNN
Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**

| 1 | Sender Account Number | Preprint Format No. | 3 Payment | Origin | Waybill Number |
|---|---|---|---|---|---|

**1** Sender Account Number **85 112 8924** Preprint Format No. **128020547**

**3** Payment Sender will be billed unless marked otherwise
Bill to:

Origin **SAN**

Waybill Number **72838209544**

FROM (Company) **JANIS L TURNER A LAW CORP**

Street Address **STE 242 B**
**2515 CAMINO DEL RIO S**

City **SAN DIEGO**  State **CA**  ZIP CODE (Required) **92108**

Sent by (Name/Dept) **RUTHIE** Con

Phone (Required) **619-718-6800**

Receiver  3rd Party

Paid in Advance  Check No.  Amount

Billing Reference (will appear on invoice) **CONNORS**

**4** Service Type
One box must be checked
Assume noon unless noted.
10:30 am Extra charge.

*Next Day 10:30 **10:30**
*Next Day 12:00 **12:00**
*Next Day 3:00 **3:00**
*2nd Day **5:00**

**5** # of Pkgs **1** **6** Weight (LBS) **2** **7** Packaging One box must be checked
Express Envelope  Express  Other Packaging
SUBJECT TO CORRECTION

**2** TO (Company)  PLEASE PRINT NEATLY
Home Loan Corp

Street Address **450 GEARS Road Ste 600**

City **Houston**  State **TX**  ZIP CODE (Required) **77067**

Attention: (Name/Dept)

Phone (Required)

Special Instructions
Saturday Delivery  Extra charge
Not available for all services and locations.
Lab Pack Service
Hold at DHL

Shipment Valuation
Shipment Value Protection  $ .00

Payment Details (Credit Card)
No.
Type  Expires
Auth.

Description **DOCS**

Sender's Signature  Date **7/7/08**  DHL Signature  Date

*Service may vary by destination, visit **www.dhl-usa.com**

**DHL** EXPRESS

DHL Express (USA), Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY

PLEASE TYPE OR PRINT  FOR SHIPMENTS WITHIN U.S. ONLY



# Track results detail

▶ Print this page

## Tracking results detail for 72838209544

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 7/8/2008  9:57 am | |
| Delivered to | Receptionist | |
| Signed for by | **MCGUIRE** | |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:57 am | Shipment delivered. | Houston, TX |
| | 7:33 am | With delivery courier. | Houston, TX |
| | 7:21 am | Arrived at DHL facility. | Houston, TX |
| | 6:34 am | Depart Facility | Houston, TX |
| | 6:10 am | Depart Facility | Wilmington, OH |
| | 5:41 am | Transit through DHL facility | Houston, TX |
| | 3:08 am | Processed at DHL Location. | Wilmington, OH |
| | 2:43 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA  92108
United States

**Ship To:**
HOME LOAN
Houston, TX  77067
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:51:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838209544

**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:51:51 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO  CA  92108
619-718-4800                          Ref. No.    : 0400713-01

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : CONNORS | Case No.: 08CV1134-L(LSP) |
| DEFENDANT | : HOME LOAN CORP | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; CIVIL CASE COVER
       SHEET; ORDER GRANTING TEMPORARY RESTRAINING ORDER [doc.#5] and
       ENJOINING THE SALE OF PROPERTY; TO SHOW CAUSE WHY A PRELIMINARY
       INJUNCTION SHOULD NOT ISSUE

3.   a. Party served      :    HOME LOAN CORP
                               AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
      b. Person served   :     MARGARET WILSON, PROCESS SPECIALIST
                               (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served 818 WEST 7TH STREET
                               LOS ANGELES, CA  90017        (Business)

5.   I served the party
      a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
          receive service of process for the party (1) on  July  8, 2008   (2) at: 09:00 AM

6.   The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:          HOME LOAN CORP
                               AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
          under  [xx]  CCP 416.10   (corporation)

7.   **Person who served papers**
      a. JESSICA VALENCIA                          d. Fee for service: $115.50
      b. KNOX ATTORNEY SERVICE, INC.              e. I am:
          2250 Fourth Avenue                              (3)  a registered California process server
          San Diego,  California  92101                        (i)   an independent contractor
      c. 619-233-9700            .                           (ii)  Registration No.: 152
                                                             (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date:  July 14, 2008

                                          Signature: _____
                                                          JESSICA VALENCIA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**

FOR SHIPMENTS WITHIN U.S. ONLY

PLEASE TYPE OR PRINT

**1** Sender Account Number **851128924**
Preprint Format No. **128020547**

FROM (Company) **JANIS L. TURNER A LAW CORP**

Street **STE 242 B**

**2515 CAMINO DEL RIO S**

City **SAN DIEGO**
State **CA**
ZIP CODE (Required) **92108**

Sent by (Name/Dept)
Phone (Required) **619-718-4800**

**2** TO (Company)    PLEASE PRINT NEATLY

Mortgage Electronic Registration

Street Address **1818 Library Street Ste 300**

City **Reston**
State **VA**
ZIP CODE (Required) **20190**

Attention: (Name/Dept) **C/o Corporate Counsel**
Phone (Required)

Description **DOCS**

Sender Signature    Date **7/7/08**    DHL Signature    Date

**3** Payment
Sender will be billed
unless marked otherwise
Bill to:    Origin **SAN**
Waybill Number **728382120942**

Receiver  3rd Party    Account No. (Required)

☐ Paid in Advance    ☐ Check No.    Amount

Billing Reference (will appear on invoice) **CWUORS**

**5** # of Pkgs **2**    **6** Weight (LBS)    Select If Domestic

Special Instructions
☐ Saturday Delivery  Extra charge. Not available for all services and locations.
☐ Lab Pack Service

**7** Packaging  One box must be checked
☐ Express Envelope    ☐ Other Packaging

☐ Hold at DHL

Shipment Valuation
☐ Shipment Value Protection    $_____ Shipment Valuation

Payment Details (Credit Card)

No.
Type
Expires
Auth.

SENDER'S COPY

**8** Service Type  One box must be checked unless noted.
☐ Next Day 10:30  **10:30**
☐ Next Day 12:00  **12:00**

10:30 am
Extra charge.

☐ Next Day 3:00
☐ 2nd Day  **3:00**

*Service may vary by destination,
visit **www.dhl-usa.com**

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

DHL Express (USA), Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

EXPRESS

_DHL_

001 (06/06) EC



# Track results detail

▶ Print this page

## Tracking results detail for 72838212042

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 7/8/2008  9:38 am |
| Delivered to | | Shipping Dock |
| Signed for by | | **SARA** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:38 am | Shipment delivered. | Chantilly, VA |
| | 7:29 am | With delivery courier. | Chantilly, VA |
| | 7:27 am | Arrived at DHL facility. | Chantilly, VA |
| | 6:19 am | Depart Facility | Wilmington, OH |
| | 3:03 am | Processed at DHL Location. | Wilmington, OH |
| | 2:47 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| JANIS L TURNER A LAW CORP | MORTGAGE ELECTRONIC | Ship date: 7/7/2008 |
| San Diego, CA  92108 | Reston, VA  20190 | Pieces: 1 |
| United States | United States | Total weight: 2 lbs * |
| | | Ship Type: Package |
| | | Shipment Reference: CONNORS |
| | | Service: Next Day 3:00 |
| | | Special Service: |
| | | Description: |

Tracking detail provided by DHL: 7/14/2008, 10:50:45 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838212042

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  9:38 am |
| Delivered to | Shipping Dock |
| Signed for by | **SARA** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:50:57 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.(SBN 079217)
JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO  CA  92108
619-718-4800                          Ref. No.    : 0400712-01
Attorney for : RICHARD A. CONNORS     Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF      : RICHARD A. CONNORS              Case No.: 08 CV 1134 L LSP
DEFENDANT      : HOME LOAN CORP., et al.         **PROOF OF SERVICE**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the SUMMONS IN A CIVIL ACTION; 1st AMENDED COMPLAINT; NOTICE OF MOTION
     FOR ISSUANCE OF PRELIMINARY INJUCTION; POINT AND AUTHORITIES IN
     SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;
     DECLARATION OF RICHARD CONNORS SUPPORTING ISSUANCE OF PRELIMINARY
     INJUNCTION; ORDER GRANTING TEMPORARY RESTRAINING ORDER

3.   a. Party served   :    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
     b. Person served  :    LAURA SEASHAND
                            (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served 2216 16TH STREET
                            SACRAMENTO, CA  95818        (Business)

5.   I served the party
     a. **by personal service.** I personally delivered the documents listed in Item 2 to the party or person authorized to
        receive service of process for the party (1) on July 14, 2008  (2) at: 11:30 AM

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c. on behalf of:        MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
        under [xx] CCP 416.10  (corporation)

7.   **Person who served papers**
     a. PATRICK HARRIS                          d. Fee for service: $115.50
     b. KNOX ATTORNEY SERVICE, INC.             e. I am:
        2250 Fourth Avenue                         (3)  a registered California process server
        San Diego, California 92101                (i)   an employee
     c. 619-233-9700                               (ii)  Registration No. 152
                                                   (iii) County: San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 14, 2008

                                    Signature: _____
                                                    PATRICK HARRIS
Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)        **PROOF OF SERVICE**

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                              Ref. No.    : 0400715-03
Attorney for : RICHARD A. CONNORS         Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : RICHARD A. CONNORS | Case No.: 08 CV 1134 L LSP |
| DEFENDANT | : HOME LOAN CORP., et al. | **PROOF OF SERVICE** |

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET;
            NOTICE OF EMERGENT HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING
            ORDER

3.    a. Party served      :       MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
                                    AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
      b. Person served   :        AL SEASTRAND, (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served 2216 16TH STREET
                        SACRAMENTO, CA 95818        (Business)

5.    I served the party
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
         receive service of process for the party (1) on  June 27, 2008   (2) at: 02:05 PM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:              MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
                                    AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
          under [xx] CCP 416.10   (corporation)

7.    **Person who served papers**
      a. JOHN D. HOUSTON                         d. Fee for service: $115.50
      b. KNOX ATTORNEY SERVICE, INC.             e. I am:
         2250 Fourth Avenue                           (3) a registered California process server
         San Diego, California 92101                      (i)   an employee
      c. 619-233-9700                                     (ii)  Registration No. 152
                                                          (iii) County:  San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 30, 2008

                                        Signature: _____
                                                     JOHN D. HOUSTON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**



# Track results detail

▶ Print this page

## Tracking results detail for 72838212646

**Tracking summary**

| Current Status | ✓ | **Shipment delivered.** |
|---|---|---|
| Delivered on | | 7/8/2008  10:01 am |
| Delivered to | | |
| Signed for by | | **BONNEER R** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 10:01 am | Shipment delivered. | Minneapolis, MN |
| | 7:54 am | With delivery courier. | Minneapolis, MN |
| | 7:04 am | Arrived at DHL facility. | Minneapolis, MN |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA  92108
United States

**Ship To:**
US BANK NATIONAL ASSOC
Saint Paul, MN  55107
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:47:54 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

### Signature details for 72838212646



**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  10:01 am |
| Delivered to | Receptionist |
| Signed for by | **BONNEER** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:48:11 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

Summons in a Civil Action (Rev. 1197)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

RICHARD A. CONNORS

vs

HOME LOAN CORP. dba
EXPANDED MORTGAGE CREDIT,
a Texas Corp. MORTAGAGE
ELECTRONIC REGISTRATION
SYSTEMS (MERS) a Delaware
Corp.,

**SUMMONS IN A CIVIL ACTION**

Case No.

### '08 CV 1134 L LSP

TO: (Name and Address of Defendant)

U.S. BANCORP
800 Nicollett Mall
Minneapolis, MN 55402

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Janis L. Turner ALC    SBN 079217
2515 Camino del Rio S., Suite 242B
San Diego, CA 92108    619-718-4800

An answer to the complaint which is herewith served upon you, within _____20_____ days after
service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment
by default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUN 2 4 2008 |
|---|---|
| CLERK | DATE |

J. HINKLE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

ODMA.PCDOCS.WORDPERFECT 14443 1 May 5, 1999 (11:34am)

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                              Ref. No.    : 0400715-01
Attorney for : RICHARD A. CONNORS         Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF      : RICHARD A. CONNORS                 Case No.: 08 CV 1134 L LSP
DEFENDANT      : HOME LOAN CORP., et al.            **PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET;
                    NOTICE OF EMERGENT HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING
                    ORDER

3.    a. Party served    :    U.S. BANCORP
                    AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
      b. Person served  :      MARGARET WILSON, AGENT CT CORPORATION
                    (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served 818 WEST 7TH STREET
                    LOS ANGELES, CA  90017       (Business)

5.    I served the party
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
      receive service of process for the party (1) on  June 27, 2008   (2) at: 08:27 AM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:            U.S. BANCORP
                    AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEM
           under [xx] CCP 416.10   (corporation)

7.    **Person who served papers**
      a. JESSICA VALENCIA                          d. Fee for service: $115.50
      b. KNOX ATTORNEY SERVICE, INC.               e. I am:
         2250 Fourth Avenue                              (3) a registered California process server
         San Diego, California 92101                        (i)   an independent contractor
      c. 619-233-9700                                       (ii)  Registration No.: 152
                                                            (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 30, 2008

                                   Signature: _____
                                                    JESSICA VALENCIA

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)            **PROOF OF SERVICE**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| RICHARD A. CONNORS, an individual | ) | Case No 08 CV 1134 L LSP |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| | ) | |
| HOME LOAN CORP. dba EXPANDED | ) | |
| MORTGAGE CREDIT, a Texas Corp. | ) | |
| MORTGAGE ELECTRONIC | ) | Date:    July 18, 2008 |
| REGISTRATION SYSTEMS (MERS) a | ) | Time:    2 PM |
| Delaware Corp., U.S. BANK NATIONAL | ) | Judge:   Honorable M. James Lorenz |
| ASSOCIATION as trustee for CREDIT | ) | Dept:    14 |
| SUISSE FIRST BOSTON HEAT-2005-2 | ) | |
| AMERICA'S SERVICING COMPANY | ) | |
| CAL WESTERN RECONVEYANCE | ) | |
| CORP., a California Corp. | ) | |
| | ) | |
| Defendants | ) | |

DECLARATION OF JANIS L TURNER RE SERVICE
OF MOTION FOR PRELIMINARY INJUNCTION AND
SUPPORTING DOCUMENTS

JANIS L. TURNER (Cal Bar No. 079217)
JANIS L TURNER ALC
2515 Camino Del Rio South Ste. 242B
San Diego CA 92108
(619)718-4800 (voice)
(619)718-4815 (fax)
jlt@janturnerlaw.com

Attorney for Plaintiff RICHARD A. CONNOR*S*

Janis L. Turner of full age upon his oath and under penalty of perjury deposes and says:

1.    I am attorney for the Plaintiff in the above entitled matter. I make this declaration under penalty of perjury and as to facts within my own personal knowledge and as to matters to which I could competently testify were I called upon to do so.

2.    On July 2, 2008 I duly appeared before this Court at which time the court entered a Temporary Restraining Order as to foreclosure of the property of Plaintiff RICHARD CONNORS.  At the time the court entered the TRO, it strongly recommended to me that at that time I served my notice of motion, motion, supporting papers, and the order granting the Temporary Restraining Order on all other Defendants, that in addition to serving them through a registered agent for service of process, I duly contact them and attempt to speak with their respective attorneys.

3.    On July 3, 2008, I duly commenced attempting to make contact with representatives for the various Defendants.

4.    I first contacted U.S. BANK at their headquarters in Saint Paul Minnesota and spoke with representatives in their Corporate Trust Legal Department asking for their attorney contact for local counsel in California.

5.    As a part of that conversation I made it clear that a TRO had been granted and that a Motion for Preliminary Injunction was set for July 15, 2007.  I spoke with a paralegal who informed me that she had spoken with one of the attorneys and that I should direct copies of the documents via overnight mail to their attention.

6.      Based upon that agreement I duly served the documents upon them via DHL on July 8, 2008, as set forth in the appended DHL receipt record.(Exb 1)

7.      I next contacted HOME LOAN CORPORATION at their address in Texas.  I spoke with a person who would not give me their name but said she was a paralegal and directed me to send copies of the documents to their offices, based upon that conversation I duly served the documents on them via DHL on July 8, 2008 as set forth in the appended DHL record.(Exb2)  In addition, I also served the documents via Knox Attorney Service on their registered agent for service of process.

8.      I next contacted MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS). I received no answer at their location in Sacramento and served the papers by means of DHL as well as on their registered agent for service of process.  Their registered agent is located in Sacramento, California. I also served the same documents on July 8, 2008 to their corporate headquarters in Reston, Virginia as set forth in the attached DHL record.(Exb 3)

9.      On July 15, 2008 when I left court I once again attempted to call each of these entities to check on objections or other responses and other than an e-mail from the paralegal for US BANK NATIONAL ASSOCIATION which is appended hereto, I received no response.

10.     I filed this declaration as part of my proof of service notices, orders, points and authorities

        or supporting documents in the within matter.(Exb 4)

Executed under penalty of perjury this 17th Day of July 2008 at San Diego, County of San Diego,

State of California under the laws of the State of California


                                    s/ Janis L. Turner_____
                                    Attorney for Plaintiff Richard A. Connors

                                    E-mail: jlt@janturnerlaw.com

4

## Jan Turner

| | |
|---|---|
| **From:** | jocelyn.jerin@usbank.com |
| **Sent:** | Tuesday, July 15, 2008 11:57 AM |
| **To:** | jlt@janturnerlaw.com |
| **Subject:** | 402 Paseo del Norte, Escondito, CA 92026 |

Hi Jan,

Regarding our conversation last week, I just wanted to drop a line and let you know that I did contact our servicer, Wells Fargo and request information pertaining to our attorney assigned to the case. They said they received the documents and forwarded them onto the correct department and told them to contact me with they attorney's information. When I followed up today, I found the person responsible for the file is out of the office until Friday. I just wanted to let you know, that I didn't forget about you and I will get you the information you are looking for as soon as I can.

Thanks.

Jocelyn Jerin

**Please note that my e-mail address has changed from jocelyn.paget@usbank.com to jocelyn.jerin@usbank.com**

Jocelyn Jerin
Paralegal
Corporate Trust Legal
U.S. Bank National Association
EP-MN-WS4L
West Side Flats
60 Livingston Avenue
St. Paul, MN 55107
651-495-4123 direct
651-495-8188 fax
jocelyn.jerin@usbank.com

U.S. BANCORP made the following annotations

--------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

--------------------------------------------------------------------

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on July 18, 2008 the Order Granting TRO,

Application for Preliminary Injunction together with Declaration of Plaintiff RICHARD

CONNORS with exhibits, Points and Authorities and and Certificate of Service was filed

electronically with the clerk of the court using the CM/ECF system which will

automatically send e-mail notice of filing to the following counsel of record. Counsel

additonally served a courtesy copy of the within document on the Hon M. James Lorenz

via Knox Attorney Service.

Additionally Defendants were served as follows:

Via US Mail:

Thomas N. Abbott Esq.
Pite Duncan LLP
535 E. Main Street
El Cajon CA 92020
Attorneys for Defendants AMERICA'S SERVICING COMPANY
and CAL WESTERN RECONVEYANCE CORP.

Home Loan Corp C/O
CT Corporation System
818 West 7th Street
Los Angeles CA 90017

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Registered Agent
2216 16th St
Sacramento CA 95818

US BANK NATIONAL ASSOC, as Trustee
Trust Legal Department
60 Livingston Ave
St Paul MN 55107

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Corporate Counsel
MERS
1818 Library Street Ste 300
Reston VA 20190


Dated: July 18, 2008                    s/ Janis L. Turner
                                        Attorney for Plaintiff Richard A. Connors

                                        E-mail: jlt@janturnerlaw.com