1  JANIS L. TURNER (Cal Bar No. 079217)
   JANIS L TURNER ALC
2  2515 Camino Del Rio South Ste. 242B
   San Diego CA 92108
3  (619)718-4800 (voice)
   (619)718-4815 (fax)
4  jlt@janturnerlaw.com

5  Attorney for Plaintiff RICHARD A. CONNOR*S*

6

7

8                    UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF CALIFORNIA
9

10  RICHARD A. CONNORS, an individual  )   Case No 08 CV 1134 L LSP
                                       )
11                        Plaintiff    )   DECLARATION OF JANIS L. TURNER
                                       )   IN RE SERVICE
12  v.                                 )
                                       )
13                                     )
                                       )
14  HOME LOAN CORP. dba EXPANDED       )
    MORTGAGE CREDIT, a Texas Corp.     )
15  MORTGAGE ELECTRONIC                )   Date:   August 22, 2008
    REGISTRATION SYSTEMS (MERS) a      )   Time:   10 AM
16  Delaware Corp., U.S. BANK NATIONAL )   Judge:  Honorable M. James Lorenz
    ASSOCIATION as trustee for CREDIT  )   Dept:   14
17  SUISSE FIRST BOSTON HEAT-2005-2    )
    AMERICA'S SERVICING COMPANY        )
18  CAL WESTERN RECONVEYANCE           )
    CORP., a California Corp.          )
19                                     )
                          Defendants   )
20  _____)

21        Janis L. Turner of full age upon her oath makes the within declaration under penalty of

22  perjury in response to the the courts OSC re Sanctions concerning Service of the within matter.

23  1.    I am attorney for the Plaintiff in the above entitled matter. I make this declaration under

24        penalty of perjury and as to facts within my own personal knowledge and as to matters to

          which I could competently testify were I called upon to do so.
25
    2.    On July 24, 2008 Plaintiff duly filed the Initial Complaint that commenced the within
26
          action. Plaintiff named as Defendants HOME LOAN CORPORATION dba EXPANDED
27
          MORTGAGE CREDIT (HOME LOAN), MORTGAGE ELECTRONIC
28

Dec of Janis L. Turner                    1

REGISTRATION SYSTEMS ( MERS), U.S.  BANK NATIONAL ASSOC as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2 (US BANK), AMERICA'S SERVICING COMPANY (ASC) and CAL WESTERN RECONVEYANCE CORP (CAL WESTERN).

3.    Thereafter Plaintiffs counsel commenced serving the various entities involved herein.

4.    HOME LOAN is a Texas Corporation. It was duly authorized to do business in California at the time is entered into a business arrangement with Plaintiff but apparently subsequently surrendered its status as a corporation authorized to do business in California. It had, however retained a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 1).

5.    Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices of HOME LOAN.

6.    MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) was duly authorized to do business in California at the time it entered into a business arrangement with Plaintiff but apparently subsequently has its status as a corporation authorized to do business in California suspended. It had, however retained a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 2).

7.    Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices in Reston Virginia.

8.    U.S. BANK NATIONAL ASSOCIATION was found to be a part of US BANCORP, a Delaware Corporation. It is at all times a Corporation licensed to do business in the State of California with its Corporate Headquarters in Minneapolis Minn. It also has a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 3).

9.    Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices.

10.   AMERICAS SERVICING COMPANY has been the most difficult entity to actually locate.

11.   On July 2, 2008 I duly appeared before this Court at which time the court entered a Temporary Restraining Order as to foreclosure of the property of Plaintiff RICHARD CONNORS.  At the time the court entered the TRO, it strongly recommended to me that at that time I served my notice of motion, motion, supporting papers, and the order granting the Temporary Restraining Order on all other Defendants, that in addition to serving them through a registered agent for service of process, I duly contacted them and attempted to speak with their respective attorneys.

12.   On July 3, 2008, I duly commenced attempting to make contact with representatives for the various Defendants.

13.   I first contacted U.S. BANK at their headquarters in Saint Paul Minnesota and spoke with representatives in their Corporate Trust Legal Department asking for their attorney contact for local counsel in California.

14.   As a part of that conversation I made it clear that a TRO had been granted and that a Motion for Preliminary Injunction was set for July 15, 2008.  I spoke with a paralegal who informed me that she had spoken with one of the attorneys and that I should direct copies of the documents via overnight mail to their attention. I did so and again made it clear or at least felt I made it clear that this was a matter of some urgency. Based upon that agreement I duly served the documents upon them via DHL on July 8, 2008, as set forth in the appended DHL receipt record (Exhibit 4).

15.   I next contacted HOME LOAN CORPORATION at their address in Texas.  I spoke with a person who would not give me their name but said she was a paralegal and directed me to send copies of the documents to their offices, based upon that conversation I duly served the documents on them via DHL on July 8, 2008 as set forth in the appended DHL

Dec of Janis L. Turner                    3

record (Exhibit 5). In addition, I also served the documents via Knox Attorney Service on their listed registered agent for service of process (Exhibit 6).

16. I next contacted MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS). I received no answer at their location in Sacramento and served the papers by means of DHL as well as on their registered agent for service of process. Their registered agent is located in Sacramento, California. I also served the same documents on July 8, 2008 to their corporate headquarters in Reston, Virginia as set forth in the attached DHL record (Exhibit 7).

17. On July 15, 2008 when I left court I once again attempted to call each of these entities to check on objections or other responses and other than an e-mail from the paralegal for US BANK NATIONAL ASSOCIATION which is appended hereto, I received no response.

18. CAL WESTERN duly appeared in court through its counsel, whom at the time I thought also represented ASC by virtue of a letter sent to my client. I subsequently discovered that they had only been retain to write the letter and did not represent ASC for purposes of this action.

19. ASC has been the most difficult Defendant to locate.

20. I first searched the California Secretary of States Web Site and found they were not listed as a corporate entity or Limited Liability Company authorized to do business in California.

21. Thereafter I looked on the internet and contacted my client for addresses. All he had or the internet had was a Post office Box in Des Moines Iowa,. I even attempted calling a "Customer Service" number for ASC but was told they could not give out a street address.

22. This however, led me to the Secretary of State for the State of Iowa. The Iowa Secretary of State's Web site gave me information which said that the legal name was :WELLS FARGO HOME MORTGAGE" as holding the fictitious business name of ASC (Exhibit 8).

23. I returned to the California Secretary of States Web site and found that WELLS FARGO HOME MORTGAGE had been merged out but that it shared the same Corporate address as ASC in Des Moines (Exhibit 8).

24. I also found that WELLS FARGO had a Registered agent located in California (Exhibit 9).

25. According to the Iowa Secretary of States Web Site they serve as a registered agent.

26. Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices of both ASC and Wells Fargo and were also serve via DHL under the Federal Courts more expansive service rules on the Iowa Secretary of State.

27. I duly caused the original Complaint, the 1st Amended Complaint, the Motion for TRO , the Points and Authorities, and Supporting Documents, The Motion for Preliminary Injunction Points and Authorities, and Supporting Documents, and hard copies of the courts orders to be served on all Defendants as set forth above.

28. On or about July 28th I received a call from Ken Cole, Corporate Counsel for HOME LOAN. I told him about the TRO and pending Motions. He asked for an extension of time within which to respond to the complaint. I said I could grant him that but that I would prepare a joint Motion for submission to the court that essentially HOME LOAN had no interest in the preliminary injunction issues since it did not affect them one way or the other.

29. I duly prepared the Joint Motion and on July 29th and duly sent it to him via electronic mail a copy of the email and attachment are appended hereto (Exhibit10).

30. Thereafter I heard from Counsel for ASC seeking the service documents. Before I could send them to him he filed a notice with the court and sought an extension of time.

31. As of yesterday I received the attached e-mail from US BANK (Exhibit 11).

32. I have duly served all parties to this action though it has taken me longer that I would have wished.

Dec of Janis L. Turner                    5

33.    I am still awaiting information from the California Secretary of State concerning the "merged out" status of WELLS FARGO HOME LOAN in Claifornia. Given the current budget crisis in California I suspect it will be some time before I receive an answer to my written request.

34.    All parties, however have been served under the procedures of the Federal Rules.


Executed under penalty of perjury this _8th__ Day of August 2008 at San Diego, County of San Diego, State of California under the laws of the State of California



s/ Janis L. Turner_____
Attorney for Plaintiff Richard A. Connors

E-mail: jlt@janturnerlaw.com

Dec of Janis L. Turner                    6

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |
|---|

| HOME LOAN CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS EXPANDEDMORTGAGE CREDIT |
|---|

| **Number:** C2124645 | **Date Filed:** 11/2/1998 | **Status:** surrender |
|---|---|---|

| **Jurisdiction:** TEXAS |
|---|

| Address |
|---|

| 450 GEARS RD STE 600 |
|---|

| HOUSTON, TX 77067 |
|---|

| Agent for Service of Process |
|---|

| C T CORPORATION SYSTEM |
|---|

| 818 WEST SEVENTH ST |
|---|

| LOS ANGELES, CA 90017 |
|---|

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

**Secretary of State DEBRA BOWEN**

**DISCLAIMER:** The information displayed here is current as of AUG 01, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS) | | |
| **Number:** C2416221 | **Date Filed:** 5/21/2002 | **Status:** suspended |
| **Jurisdiction:** California | | |
| Address | | |
| 2216 16TH STREET | | |
| SACRAMENTO, CA 95818 | | |
| Agent for Service of Process | | |
| AL SEASTRAND | | |
| 2216 16TH STREET | | |
| SACRAMENTO, CA 95818 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
| --- | --- | --- |
| U.S. BANCORP | | |
| **Number:** C2061885 | **Date Filed:** 11/26/1997 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| Address | | |
| 800 NICOLLET MALL | | |
| MINNEAPOLIS, MN 55402 | | |
| Agent for Service of Process | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

**undefined**



U.S. Bank Home   Customer Service   Contact Us   Locations   Careers   About U.S. Bancorp

**Search**



About U.S. Bancorp

★ Investor/Shareholder
Information

Investor/Shareholder Information > Corporate Overview > Contact Information

Contact Information
Ownership Profile

**Related Links**
Careers at U.S. Bancorp
Community Relations
Corporate Governance
Resources

# Contact Information

For information regarding shareholder records, stock transfers, changes of ownership, changes of address, dividend payment and share exchange, please click here for our transfer agent and registrar contact information.

For investor information about U.S. Bancorp, please click here for request form.

The Corporate Headquarters of U.S. Bancorp are located at:

U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
651-466-3000

For Investor Relations information, please contact:

Judy Murphy
Senior Vice President, Investor Relations
U.S. Bancorp
BC-MN-H23K
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: 612-303-0783
Toll Free: 866-775-9668
Fax: 612-303-0782
Email: judith.murphy@usbank.com

The information that is on or available through this site is for informational purposes only and speaks only as of the particular date or dates of that information. We do not guarantee the accuracy or completeness of information on or available through this site, and we are not responsible for inaccuracies or omissions in that information or for actions taken in reliance on that information. U.S. Bancorp does not undertake an obligation, and disclaims any duty, to update any of the information on or available through this site.

This site is supported through the use of Microsoft Internet Explorer Browser, version 6.x or higher. Use of older or other browsers may cause pages to improperly display. We regret any inconvenience that this may cause.

Privacy Pledge  |  © 2008 U.S. Bancorp                                    Site Map  |  Careers

PLEASE TYPE OR PRINT

# FOR SHIPMENTS WITHIN U.S. ONLY

001 (08/08) EC

**1** Sender Account Number
**8511Z8924**

Preprint Format No.
**128020547**

Waybill Number
**72838212646**

**FROM (Company)**
JANIS L. TURNER A LAW CORP.
Street Ste. 242-B
2515 CAMINO DEL RIO S
City SAN DIEGO
State CA ZIP CODE (Required) 92108
Phone (Required) 619-718-4800

Sent by (Name/Dept)
RUTHIE KIM

**2 TO (Company) PLEASE PRINT NEATLY**
US Bank National Assn
Street Address
60 Livingston Ave
City St Paul
State MN ZIP CODE (Required) 55107
Attention: (Name/Dept)
Trust Dept
Phone (Required)
Description

Sender's Signature

Date 7/7/08

DHL Signature

Date

**3 Payment** Sender will be billed
unless marked otherwise.
Bill to:
☐ Receiver ☐ 3rd Party
☐ Paid in Advance
☐ Check / Advance No.

Billing Reference (will appear on invoice)

**Origin**
**SAN**
Account No. Robinson

**5** # of Pkgs
1

**6** Weight (LBS) Total Protection
2

**Ref.** Connors

**7 Packaging** One box must be checked
unless noted.
☐ Express Envelope
☐ Express Pak
☒ Express Box

**Special Instructions**
☐ Saturday Delivery
Extra charge.
Not available for all services
and locations.
☐ Hold at DHL

**Lab Pack Service** ☐

Payment Details (Credit Card)
No.
Auth.
Type
Expires

Shipment Value Protection ☐
Shipment Valuation ☐
$ .00

**4 Service Type** *Service may vary by destination. visit www.dhl-usa.com
(One box must be checked. Assume noon unless noted.)

☐ Next Day 10:30  10:30
☐ Next Day 12:00  12:00
☒ Next Day 3:00
☐ *2nd Day

=DHL=
EXPRESS

ABSENT A HIGHER SHIPMENT VALUATION
CARRIER'S LIABILITY IS LIMITED TO
$100 PER SHIPMENT, OR ACTUAL VALUE,
WHICHEVER IS LESS. SPECIAL OR
CONSEQUENTIAL DAMAGES ARE NOT
RECOVERABLE. SEE TERMS AND
CONDITIONS ON REVERSE SIDE OF THIS
NON-NEGOTIABLE WAYBILL.

DHL Express (USA), Inc.
1200 South Pine Island Road,
Plantation, FL 33324
1-800-Call-DHL

SENDER'S COPY



# Track results detail

▸ Print this page

## Tracking results detail for 72838212646

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 7/8/2008  10:01 am | |
| Delivered to | | |
| Signed for by | **BONNEER R** | |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 10:01 am | Shipment delivered. | Minneapolis, MN |
| | 7:54 am | With delivery courier. | Minneapolis, MN |
| | 7:04 am | Arrived at DHL facility. | Minneapolis, MN |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA  92108
United States

**Ship To:**
US BANK NATIONAL ASSOC
Saint Paul, MN  55107
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:47:54 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838212646

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  10:01 am |
| Delivered to | Receptionist |
| Signed for by | **BONNEER** |

## Receiver Information

Please retry later to obtain receiver information.

Tracking detail provided by DHL: 7/14/2008 10:48:11 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**FOR SHIPMENTS WITHIN U.S. ONLY**

**PLEASE TYPE OR PRINT**

**1** Sender Account Number
**851128924**

Preprint Format No.
**128020547**

**3** Payment
Sender will be billed
unless marked otherwise
Bill to:

Origin
**SAN**

Waybill Number
**72838209544**

FROM (Company)
**JANIS L TURNER A LAW CORP**

Street Address **STE 242 B**
**2515 CAMINO DEL RIO S**

☐ Receiver  ☐ 3rd Party
Account No. (Required)

☐ Paid in Advance   ☐ Check No.   Amount

City
**SAN DIEGO**

State
**CA**

ZIP CODE (Required)
**92108**

Billing Reference (will appear on invoice)
**CONNOrS**

**4** Service Type
One box must be checked
Assume noon unless noted.

☐ *Next Day 10:30
☑ *Next Day 12:00
☐ *Next Day 3:00

10:30 am Extra charge.

Sent by (Name/Dept)
**RUTHIE LON**

Phone (Required)
**619-718-4800**

**5** # of Pkgs  **6** Weight (LBS)  **7** Packaging  One box must be checked

☐ Express Envelope  ☑ Express  ☐ Other Packaging

☐ *2nd Day

**2** TO (Company)  PLEASE PRINT NEATLY
**Home Loan Corp**

Street Address
**450 Grars Road Ste 600**

City
**Houston**

State
**TX**

ZIP CODE (Required)
**77067**

Special Instructions

☐ Saturday Delivery
Extra charge
Not available for all services and locations.

☐ Hold at DHL

☐ Lab Pack Service

*Service may vary by destination, visit **www.dhl-usa.com**

Attention: (Name/Dept)

Phone (Required)

Shipment Valuation

Shipment Value Protection  ☐  $ _____ .00

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR $ ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL

Description
**DOCS**

Payment Details (Credit Card)

No. _____

**DHL**
EXPRESS

Sender's Signature     Date **7/7/08**     DHL Signature     Date

Type _____ Expires _____

Auth. _____

DHL Express (USA), Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

**SENDER'S COPY**



# Track results detail

▶ Print this page

## Tracking results detail for 72838209544

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | 7/8/2008  9:57 am | |
| Delivered to | Receptionist | |
| Signed for by | **MCGUIRE** | |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:57 am | Shipment delivered. | Houston, TX |
| | 7:33 am | With delivery courier. | Houston, TX |
| | 7:21 am | Arrived at DHL facility. | Houston, TX |
| | 6:34 am | Depart Facility | Houston, TX |
| | 6:10 am | Depart Facility | Wilmington, OH |
| | 5:41 am | Transit through DHL facility | Houston, TX |
| | 3:08 am | Processed at DHL Location. | Wilmington, OH |
| | 2:43 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA  92108
United States

**Ship To:**
HOME LOAN
Houston, TX  77067
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:51:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838209544

**RECEIVED IN GOOD ORDER EXCEPT AS NOTED**

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:51:51 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                          Ref. No.    : 0400713-01

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF     : CONNORS                        Case No.: 08CV1134-L(LSP)
DEFENDANT     : HOME LOAN CORP                 **PROOF OF SERVICE**

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; CIVIL CASE COVER
    SHEET; ORDER GRANTING TEMPORARY RESTRAINING ORDER [doc.#5] and
    ENJOINING THE SALE OF PROPERTY; TO SHOW CAUSE WHY A PRELIMINARY
    INJUNCTION SHOULD NOT ISSUE

3.  a. Party served    :    HOME LOAN CORP
                            AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
    b. Person served  :     MARGARET WILSON, PROCESS SPECIALIST
                            (AUTHORIZED AGENT FOR SERVICE)

4.  Address where the party was served 818 WEST 7TH STREET
                            LOS ANGELES, CA  90017       (Business)

5.  I served the party
    a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
       receive service of process for the party (1) on  July  8, 2008   (2) at: 09:00 AM

6.  The "Notice to the person served" (on the summons) was completed as follows:
    c. on behalf of:            HOME LOAN CORP
                                AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
       under [xx] CCP 416.10  (corporation)

7.  **Person who served papers**
    a. JESSICA VALENCIA                        d. Fee for service: $115.50
    b. KNOX ATTORNEY SERVICE, INC.             e. I am:
       2250 Fourth Avenue                          (3) a registered California process server
       San Diego, California 92101                     (i)  an independent contractor
    c. 619-233-9700                                    (ii) Registration No.: 152
                                                       (iii) County: San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 14, 2008
                                       Signature:
                                                   JESSICA VALENCIA
Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**

FOR SHIPMENTS WITHIN U.S. ONLY    PLEASE TYPE OR PRINT

**1** Sender Account Number
**851128924**

Preprint Format No.
**128020547**

**3** Payment
Sender will be billed
unless marked otherwise.
Bill to:

Receiver ☐  3rd Party ☐

Paid in ☐  Check ☐
Advance       No.

Origin
**SAN**

Waybill Number
**72838209544**

FROM (Company)
**JANIS L TURNER A LAW CORP**

Street
**STE 242 B**
**2515 CAMINO DEL RIO S**

City
**SAN DIEGO**

State **CA**  ZIP CODE (Required) **92108**

Sent by (Name/Dept)
**RUFUS LON**

Phone (Required)
**619-718-5800**

Account No. (Required)

**4** Service Type
One box must
be checked.
Assume rate
unless noted.

10:30 am
Extra charge.

**Next Day 10:30** **10:30**

**Next Day 12:00** **12:00**

**Next Day 3:00** **3:00**

'2nd Day **5:00**

Billing Reference (will appear on invoice)
**CANNONS**

**5** # of Pags **6** Weight (LBS)
**1**

**7** Packaging  One box must be checked
Express ☐  Express ☐  Other ☐
Envelope     Pak     Packaging

**2** TO (Company)   PLEASE PRINT NEATLY
**Home Loan Corp**

Street Address
**450 Gears Road Ste 600**

City
**Houston**

State **TX**  ZIP CODE (Required) **77067**

Attention: (Name/Dept)

Description
**Docs**

Special Instructions
☐ Saturday Delivery
   Extra charge
   Not available for all services
   and locations.
☐ Lab Pack Service

☐ Hold at DHL

Shipment Valuation

Shipment Value ☐  $ _____ .00
Protection

Payment Details (Credit Card)

No. _____

Type _____ Expires _____

Auth. _____

*Service
may
vary by
destination,
visit  www.dhl-usa.com

AS SENT A HIGHER SHIPMENT VALUATION,
CARRIER'S LIABILITY IS LIMITED TO
$100 PER SHIPMENT, OR ACTUAL VALUE,
WHICHEVER IS LESS. SPECIAL OR
CONSEQUENTIAL DAMAGES ARE NOT
RECOVERABLE. SEE TERMS AND
CONDITIONS ON REVERSE SIDE OF THIS
NON-NEGOTIABLE WAYBILL

Sender's Signature
_____  Date **7/7/08**

DHL Signature          Date

**DHL**
EXPRESS.

DHL Express (USA), Inc.,
1200 South Pine Island Road,
Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY



# Track results detail

▶ Print this page

## Tracking results detail for 72838209544

### Tracking summary

| | | |
|---|---|---|
| Current Status | ✓ | **Shipment delivered.** |
| Delivered on | | 7/8/2008  9:57 am |
| Delivered to | | Receptionist |
| Signed for by | | **MCGUIRE** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:57 am | Shipment delivered. | Houston, TX |
| | 7:33 am | With delivery courier. | Houston, TX |
| | 7:21 am | Arrived at DHL facility. | Houston, TX |
| | 6:34 am | Depart Facility | Houston, TX |
| | 6:10 am | Depart Facility | Wilmington, OH |
| | 5:41 am | Transit through DHL facility | Houston, TX |
| | 3:08 am | Processed at DHL Location. | Wilmington, OH |
| | 2:43 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| JANIS L TURNER A LAW CORP | HOME LOAN | Ship date: 7/7/2008 |
| San Diego, CA  92108 | Houston, TX  77067 | Pieces: 1 |
| United States | United States | Total weight: 2 lbs * |

**Ship Type:** Package
**Shipment Reference:** CONNORS
**Service:** Next Day 3:00
**Special Service:**
**Description:**

Tracking detail provided by DHL: 7/14/2008, 10:51:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838209544

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:51:51 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.



JANIS L. TURNER, ESQ.(SBN 079217)
JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO  CA  92108
619-718-4800                                      Ref. No.    : 0400712-01
Attorney for : RICHARD A. CONNORS        Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

PLAINTIFF       : RICHARD A. CONNORS              Case No.: 08 CV 1134 L LSP
DEFENDANT    : HOME LOAN CORP., et al.           **PROOF OF SERVICE**

1.   At the time of service I was at least 18 years of age and not a party to this action.

2.   I served copies of the SUMMONS IN A CIVIL ACTION; 1st AMENDED COMPLAINT; NOTICE OF MOTION
              FOR ISSUANCE OF PRELIMINARY INJUCTION; POINT AND AUTHORITIES IN
              SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION;
              DECLARATION OF RICHARD CONNORS SUPPORTING ISSUANCE OF PRELIMINARY
              INJUNCTION; ORDER GRANTING TEMPORARY RESTRAINING ORDER

3.   a. Party served    :      MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
     b. Person served   :      LAURA SEASHAND
                               (AUTHORIZED AGENT FOR SERVICE)

4.   Address where the party was served  2216 16TH STREET
                               SACRAMENTO, CA  95818      (Business)

5.   I served the party
     a. **by personal service.**  I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on  July  14, 2008   (2) at: 11:30 AM

6.   The "Notice to the person served" (on the summons) was completed as follows:
     c. on behalf of:              MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
        under [xx] CCP 416.10   (corporation)

7.   **Person who served papers**
     a. PATRICK HARRIS                              d. Fee for service: $115.50
     b. KNOX ATTORNEY SERVICE, INC.               e. I am:
        2250 Fourth Avenue                              (3) a registered California process server
        San Diego, California 92101                          (i)   an employee
     c. 619-233-9700                                       (ii)  Registration No. 152
                                                           (iii) County: San Diego

8.   I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 14, 2008

                                          Signature: _____
                                                       PATRICK HARRIS

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)        **PROOF OF SERVICE**



# Track results detail

▶ Print this page

## Tracking results detail for 72838212042

**Tracking summary**

| | | |
|---|---|---|
| Current Status | ✔ | **Shipment delivered.** |
| Delivered on | 7/8/2008  9:38 am | |
| Delivered to | Shipping Dock | |
| Signed for by | **SARA** | |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:38 am | Shipment delivered. | Chantilly, VA |
| | 7:29 am | With delivery courier. | Chantilly, VA |
| | 7:27 am | Arrived at DHL facility. | Chantilly, VA |
| | 6:19 am | Depart Facility | Wilmington, OH |
| | 3:03 am | Processed at DHL Location. | Wilmington, OH |
| | 2:47 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

| Ship From: | Ship To: | Shipment Information: |
|---|---|---|
| JANIS L TURNER A LAW CORP | MORTGAGE ELECTRONIC | Ship date: 7/7/2008 |
| San Diego, CA  92108 | Reston, VA  20190 | Pieces: 1 |
| United States | United States | Total weight: 2 lbs * |

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:50:45 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any
other use of DHL tracking systems and information is strictly prohibited.

**\* Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable
weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838212042

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08  9:38 am |
| Delivered to | Shipping Dock |
| Signed for by | **SARA** |

## Receiver Information

Please retry later to obtain receiver information.

Tracking detail provided by DHL: 7/14/2008 10:50:57 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800                                    Ref. No.    : 0400715-03
Attorney for : RICHARD A. CONNORS                Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF       : RICHARD A. CONNORS              Case No.: 08 CV 1134 L LSP
DEFENDANT       : HOME LOAN CORP., et al.         **PROOF OF SERVICE**

1.    At the time of service I was at least 18 years of age and not a party to this action.

2.    I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET;
            NOTICE OF EMERGENT HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING
            ORDER

3.    a. Party served    :    MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
                               AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
      b. Person served   :       AL SEASTRAND, (AUTHORIZED AGENT FOR SERVICE)

4.    Address where the party was served 2216 16TH STREET
                               SACRAMENTO, CA 95818        (Business)

5.    I served the party
      a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
         receive service of process for the party (1) on June 27, 2008   (2) at: 02:05 PM

6.    The "Notice to the person served" (on the summons) was completed as follows:
      c. on behalf of:          MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC.
                               AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
         under [xx] CCP 416.10  (corporation)

7.    **Person who served papers**
      a. JOHN D. HOUSTON                          d. Fee for service: $115.50
      b. KNOX ATTORNEY SERVICE, INC.              e. I am:
         2250 Fourth Avenue                             (3) a registered California process server
         San Diego, California 92101                        (i)   an employee
      c. 619-233-9700                                       (ii)  Registration No. 152
                                                            (iii) County: San Diego

8.    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:  June 30, 2008                        Signature: _____
                                                        JOHN D. HOUSTON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)      **PROOF OF SERVICE**

GO

## Michael A. Mauro

Home → Search Databases → Iowa Corporations → Summary

## Search Databases

Addresses    Agents    Filings    Names    Officers    Stock    Summary    Search Again

### Summary

Searched: **America's Servicing Company**

Print Certificate of Standing

| | | |
|---|---|---|
| Corp No. | Legal Name | Status |
| **154254** | **WELLS FARGO HOME MORTGAGE, INC.** | **Inactive** |
| Type | State of Inc. | Modified |
| **Legal** | **CA** | **No** |
| Expiration Date | Effective Date | Filing Date |
| **PERPETUAL** | **Nov 22, 1991** | **Nov 22, 1991** |
| Chapter | | |
| **CODE 490 FOREIGN PROFIT** | | |

### Names (viewing 3 of 6)

| Type | Status | Modified | Name |
|---|---|---|---|
| Fictitious name | Active | No | AMERICA'S MORTGAGE COMPANY |
| Fictitious name | Active | No | AMERICA'S SERVICING COMPANY |
| Legal | Active | No | WELLS FARGO HOME MORTGAGE, INC. |

### Registered Agent or Reserving Party

| | |
|---|---|
| Full Name | IOWA SECRETARY OF STATE |
| Address | LUCAS STATE OFFICE BLDG |
| City, ST, Zip | DES MOINES, IA, 50319 |

### Home Office

| | |
|---|---|
| Full Name | |
| Address | 1 HOME CAMPUS |
| City, ST, Zip | DES MOINES, IA, 50328001 |

Home | State of Iowa | Site Map | Contact Us



**California Business Portal**

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUL 18, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE, INC. | | |
| **Number:** C0479222 | **Date Filed:** 10/13/1964 | **Status:** merged out |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1 HOME CAMPUS MAC X2401-049 | | |
| DES MOINES, IA 50328 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

JANIS L. TURNER, ESQ. (SBN 079217)
JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO  CA  92108
619-718-4800                          Ref. No.    : 0400710-01
Attorney for :  RICHARD A. CONNORS        Atty. File No.: 08 CV 1134 L LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN  JUDICIAL DISTRICT

| | | |
|---|---|---|
| PLAINTIFF | : RICHARD A. CONNORS | Case No.: 08 CV 1134 L LSP |
| DEFENDANT | : HOME LOAN CORP. dba EXPANDED et. al. | **PROOF OF SERVICE** |

1.  At the time of service I was at least 18 years of age and not a party to this action.

2.  I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF
MOTION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER; NOTICE OF EMERGENT
HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER; 1ST AMENDED
COMPLAINT; DECLARATION OF PLAINTIFF RICHARD CONNORS SUPPORTING
TEMPORARY RESTRAINING ORDER; POINTS & AUTHORITIES; CERTIFICATE OF
JANIS L. TURNER; ORDER GRANTING; SUPPLEMENTAL

3.  a. Party served    :    AMERICA'S SERVICING COMPANY
                                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING
     b. Person served  :          BECKY DEGEORGE, AGENT FOR SERVICE
                                    (AUTHORIZED AGENT FOR SERVICE)

4.  Address where the party was served 2730 GATEWAY OAKS DRIVE
                                    SACRAMENTO, CA  95833      (Business)

5.  I served the party
     a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to
        receive service of process for the party (1) on  July 24, 2008   (2) at: 01:30 PM

6.  The "Notice to the person served" (on the summons) was completed as follows:
     c. on behalf of:              AMERICA'S SERVICING COMPANY
                                    AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING
        under [xx] CCP 415.95  (business org., form unknown)

7.  **Person who served papers**
     a. JOHN D. HOUSTON                    d. Fee for service: $115.50
     b. KNOX ATTORNEY SERVICE, INC.        e. I am:
        2250 Fourth Avenue                      (3) a registered California process server
        San Diego,  California  92101              (i)   an employee
     c. 619-233-9700                              (ii)  Registration No. 152
                                                   (iii) County:  San Diego

8.  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 4, 2008

Signature: _____
                    JOHN D. HOUSTON

Jud. Coun. form, rule 2.150 CRC
JC Form POS 010 (Rev. January 1, 2007)          **PROOF OF SERVICE**

## Jan Turner

| | |
|---|---|
| **From:** | Jan Turner [jlt@janturnerlaw.com] |
| **Sent:** | Tuesday, July 29, 2008 3:37 PM |
| **To:** | 'kcole@homeloancorp.com' |
| **Subject:** | COnnors v, Home Loan COrp. et al |
| **Attachments:** | Order re Non opp.pdf; Joint Motion re non opposition.pdf |

Dear Mr. Cole

Enclosed please find a draft of a joint motion with regard to no opposition to the Preliminary injunction and a copy of the proposed order.

Since I suspect your e-signature is as yet not accepted by the USDC of the Dist of So Cal I would appreciate it if you could simply fax me back the signature page and then mail me the original since our local court rules require I keep it for a period of 1 year,

The order is the one I will send to the Judge for signature

Obviously if you have changes you need made please let me know.

Janis L. Turner

1

## Jan Turner

| | |
|---|---|
| **From:** | Jan Turner [jlt@janturnerlaw.com] |
| **Sent:** | Monday, July 28, 2008 3:29 PM |
| **To:** | 'Ken Cole' |
| **Subject:** | RE: Case #08-DV-1134; Connors v. Home Loan Corp. |

Dear Mr. Cole

This will confirm my agreement to the extension of time within which to respond to the complaint.

I will be sending you the appropriate stipulation concerning the Preliminary injunction shortly.

Janis L. Turner

---

**From:** Ken Cole [mailto:kcole@homeloancorp.com]
**Sent:** Friday, July 25, 2008 8:46 AM
**To:** jlt@janturnerlaw.com
**Subject:** Case #08-DV-1134; Connors v. Home Loan Corp.

Ms. Turner,

As discussed, I wanted to send you correspondence confirming our agreement to extend Home Loan's answer deadline in the above referenced case. I assume a stipulation needs to be filed with the court. Is a two week extension acceptable (making the answer deadline August 11th)? Thank you for your courtesy.

Kenneth R. Cole
General Counsel
Home Loan Corporation
450 Gears Road, Suite 600
Houston, Texas 77067
(281) 453-0300 Phone
(281) 453-0387 Direct
(281) 453-0380 Fax
kcole@homeloancorp.com

1

1 | JANIS L. TURNER (Cal Bar No. 079217)
  | JANIS L TURNER ALC
2 | 2515 Camino Del Rio South Ste. 242B
  | San Diego CA 92108
3 | (619)718-4800 (voice)
  | (619)718-4815 (fax)
4 | jlt@janturnerlaw.com

5 | Attorney for Plaintiff RICHARD A. CONNORS

6

7

8 | UNITED STATES DISTRICT COURT
  | SOUTHERN DISTRICT OF CALIFORNIA
9

10 | RICHARD A. CONNORS, an individual )     Case No 08 CV 1134 L LSP
   | )
11 |      Plaintiff )     RICHARD A. CONNORS AND
   | )     HOME LOAN CORPORATION'S
12 | vs. )     JOINT MOTION RE NON-
   | )     OPPOSITION TO PRELIMINARY
13 | HOME LOAN CORP. dba EXPANDED )     INJUNCTION
   | MORTGAGE CREDIT, a Texas Corp. )
14 | MORTGAGE ELECTRONIC )
   | REGISTRATION SYSTEMS (MERS) a )     Complaint filed: 6/24/2008
15 | Delaware Corp., U.S. BANK NATIONAL )     Judge:   Honorable M. James Lorenz
   | ASSOCIATION as trustee for CREDIT )     Dept:    14
16 | SUISSE FIRST BOSTON HEAT-2005-2 )
   | AMERICA'S SERVICING COMPANY )
17 | CAL WESTERN RECONVEYANCE )     Trial date:    None Set
   | CORP., a California Corp. )
18 | )
   |      Defendants )
19 | _____ )

20

21 |     Plaintiff RICHARD A. CONNORS (Plaintiff) and Defendant HOME LOAN

22 | CORPORATION ( HOME LOAN), by and through their respective counsel, respectfully submit

23 | this Joint Motion of the non-opposition entry of a preliminary injunction by Defendant HOME

24 | LOAN.

25 | **STATEMENT OF FACTS**

26 | 1.     Plaintiff filed its first amended complaint all on or about July 3, 2008 alleging

27 | violations of 15 USC §1611 at set, 26 USC §2605 et seq., 15 USC §1602 at seq,

28 | California Civil Code §1788, Breach of Fiduciary Duty, Breach of Covenant,

Quiet Title, and seeking Declaratory and injunctive relief in connection with certain real property located at 402 Paso del Norte, Escondido, CA 92026 and identified by Assessors Parcel Number 187 – 500 – 21 (hereinafter Subject Property)

2. Plaintiff asserts that the true identity of the holder of the indebtedness secured by the deed of trust encumbering Subject Property is unknown and that his attempts to identify the property and or the parties have not been fulfilled.

3. For purposes of the preliminary injunction only, HOME LOAN's only interest is as an originator of the debt and that it has no interest in or will not be affected by the Preliminary Injunction sought here.

## JOINT MOTION

4. Plaintiff acknowledges that for purposes of the Preliminary Injunction Defendant HOME LOAN is not involved in the foreclosure process.

5. Plaintiff further acknowledges that for purposes of the Preliminary Injunction Defendant HOME LOAN is not involved with the subject property.

6. HOME LOAN therefore agrees to be bound by and have no objection to any Preliminary Injunction issued with regard to this matter and further of firms, that it has a duly received and reviewed the service of all documents relating to said request for Preliminary Injunction.

7. Therefore Plaintiff and Defendant HOME LOAN agree and request that this Court issue an order consistent with the terms of this joint motion indicating that Defendant HOME LOAN has no objection and will be filing no response to Plaintiffs request for issuance of a Preliminary Injunction with regard to the within matter.

8. Plaintiff and this Defendant further affirm that Plaintiff has granted to this Defendant an extension to and through August 11, 2008 within which to file its response.

2

JOINT MOTION–RE PRELIM INJ.

1    9.    Therefore Plaintiff and Defendant HOME LOAN respectfully request that the

2         Court enter an order consistent with the terms of this joint motion.

3

4    Dated: July 29, 2008                              JANIS L. TURNER ALC

5

6

7                                                      By_____
                                                       Janis L. Turner Esq. Counsel for
                                                       Plaintiff RICHARD A. CONNORS
8

9    Dated:                                            HOME LOAN CORPORATION

10

11                                                     By_____
                                                       Kenneth R. Coles, its General Counsel
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                    3

**Jan Turner**

| | |
|---|---|
| **From:** | jocelyn.jerin@usbank.com |
| **Sent:** | Thursday, August 07, 2008 6:24 AM |
| **To:** | jlt@janturnerlaw.com |
| **Subject:** | 402 Paseo del Norte, Escondito, CA 92026 |

Hi Jan,

I apologize for the delay in getting you this information. Here is the name and contact information of the attorney representing U.S. Bank regarding the property referenced. If you need anything further, please let me know.

Edward D. Vogel
Sheppard Mullin
619.338.6529
501 West Broadway
19th Floor
San Diego, CA  92101

Thanks.

Jocelyn Jerin
Paralegal
Corporate Trust Legal
U.S. Bank National Association
EP-MN-WS4L
West Side Flats
60 Livingston Avenue
St. Paul, MN 55107
651-495-4123 direct
651-495-8188 fax
jocelyn.jerin@usbank.com

U.S. BANCORP made the following annotations

-------------------------------------------------------------------

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

-------------------------------------------------------------------

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 8, 2008  the Declaration of Service of Counsel for Plaintiff RICHARD CONNORS with exhibits,  re Service all pleadings and most particualrly Documents Concerning TRO and Preliminary injunction  was filed electronically with the clerk of the court using the CM/ECF system which will automatically send e-mail notice of filing to the following counsel of record. Counsel additonally served a chambers copy of the within document on the Hon M. James Lorenz via Knox Attorney Service.

Additionally Defendants who have not yet appeared they were served with the within documents via US Mail. Either directly or to their registered agents for service of process as set forth in the appended and incorporated mailing list

Dated: August 8, 2008                    s/ Janis L. Turner_____
                                          Attorney for Plaintiff Richard A. Connors

                                          E-mail: jlt@janturnerlaw.com

Electronic Service

Thomas Abbott
tabbott@piteduncan.com
Counsel for Defendant CAL WESTERN RECONVEYANCE

Edward D. Vogel
evogel@shepparrmullin.com
Counsel for Defendant AMERICA'S SERVICING COMPANY
Counsel designated by US BANK

MAILING LIST

Additionally Defendants were served as follows:

Via US Mail:


Ken R. Cole
General Counsel
Home Loan Corp
450 Gears Rd Ste 600
Houston TX 77067

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Registered Agent
2216 16th St
Sacramento CA 95818


US BANK NATIONAL ASSOC, as Trustee
Trust Legal Department
60 Livingston Ave
St Paul MN 55107

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Corporate Counsel
MERS
1818 Library Street Ste 300
Reston VA 20190