JANIS L. TURNER (Cal Bar No. 079217)
JANIS L TURNER ALC
2515 Camino Del Rio South Ste. 242B
San Diego CA 92108
(619)718-4800 (voice)
(619)718-4815 (fax)
jlt@janturnerlaw.com

Attorney for Plaintiff RICHARD A. CONNORS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CONNORS, an individual<br><br>Plaintiff<br><br>v.<br><br>HOME LOAN CORP. dba EXPANDED MORTGAGE CREDIT, a Texas Corp. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp., U.S. BANK NATIONAL ASSOCIATION as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2 AMERICA'S SERVICING COMPANY CAL WESTERN RECONVEYANCE CORP., a California Corp.<br><br>Defendants | Case No 08 CV 1134 L LSP<br><br>DECLARATION OF JANIS L. TURNER IN RESPONSE TO OSC RE SANCTIONS<br><br>Date: August 22, 2008<br>Time: 10 AM<br>Judge: Honorable M. James Lorenz<br>Dept: 14 |

Janis L. Turner of full age upon her oath makes the within declaration under penalty of perjury in response to the the courts OSC re Sanctions concerning Service of the within matter.

1. I am attorney for the Plaintiff in the above entitled matter. I make this declaration under penalty of perjury and as to facts within my own personal knowledge and as to matters to which I could competently testify were I called upon to do so.

2. On July 24, 2008 Plaintiff duly filed the Initial Complaint that commenced the within action. Plaintiff named as Defendants HOME LOAN CORPORATION dba EXPANDED MORTGAGE CREDIT (HOME LOAN), MORTGAGE ELECTRONIC

REGISTRATION SYSTEMS ( MERS), U.S. BANK NATIONAL ASSOC as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2 (US BANK), AMERICA'S SERVICING COMPANY (ASC) and CAL WESTERN RECONVEYANCE CORP (CAL WESTERN).

3. Thereafter Plaintiffs counsel commenced serving the various entities involved herein.

4. HOME LOAN is a Texas Corporation. It was duly authorized to do business in California at the time it entered into a business arrangement with Plaintiff but apparently subsequently surrendered its status as a corporation authorized to do business in California. It had, however retained a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 1).

5. Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices of HOME LOAN.

6. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) was duly authorized to do business in California at the time it entered into a business arrangement with Plaintiff but apparently subsequently has its status as a corporation authorized to do business in California suspended. It had, however retained a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 2).

7. Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices in Reston, Virginia.

8. U.S. BANK NATIONAL ASSOCIATION was found to be a part of US BANCORP, a Delaware Corporation. It is at all times a Corporation licensed to do business in the State of California with its Corporate Headquarters in Minneapolis Minn. It also has a registered agent for service of process as set forth in the appended and incorporated exhibit (Exhibit 3).

9. Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices.

10. AMERICAS SERVICING COMPANY has been the most difficult entity to actually locate.

11. On July 2, 2008 I duly appeared before this Court at which time the court entered a Temporary Restraining Order as to foreclosure of the property of Plaintiff RICHARD CONNORS. At the time the court entered the TRO, it strongly recommended to me that at that time I serve my notice of motion, motion, supporting papers, and the order granting the Temporary Restraining Order on all other Defendants, that in addition to serving them through a registered agent for service of process, I duly contacted them and attempt to speak with their respective attorneys.

12. On July 3, 2008, I duly commenced attempting to make contact with representatives for the various Defendants.

13. I first contacted U.S. BANK at their headquarters in Saint Paul Minnesota and spoke with representatives in their Corporate Trust Legal Department asking for their attorney contact for local counsel in California.

14. As a part of that conversation I made it clear that a TRO had been granted and that a Motion for Preliminary Injunction was set for July 15, 2008. I spoke with a paralegal who informed me that she had spoken with one of the attorneys and that I should direct copies of the documents via overnight mail to their attention. I did so and again made it clear or at least felt I made it clear that this was a matter of some urgency. Based upon that agreement I duly served the documents upon them via DHL on July 8, 2008, as set forth in the appended DHL receipt record (Exhibit 4)

15. I next contacted HOME LOAN CORPORATION at their address in Texas. I spoke with a person who would not give me their name but said she was a paralegal and directed me to send copies of the documents to their offices, based upon that conversation I duly served the documents on them via DHL on July 8, 2008 as set forth in the appended DHL

record (Exhibit 5). In addition, I also served the documents via Knox Attorney Service on their registered agent for service of process (Exhibit 6).

16. I next contacted MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS). I received no answer at their location in Sacramento and served the papers by means of DHL as well as on their registered agent for service of process. Their registered agent is located in Sacramento, California. I also served the same documents on July 8, 2008 to their corporate headquarters in Reston, Virginia as set forth in the attached DHL record (Exhibit 7).

17. On July 15, 2008 when I left court I once again attempted to call each of these entities to check on objections or other responses and other than an e-mail from the paralegal for US BANK NATIONAL ASSOCIATION which is appended hereto, I received no response.

18. CAL WESTERN duly appeared in court through its counsel, whom at the time I thought also represented ASC by virtue of a letter sent to my client. I subsequently discovered that they had only been retain to write the letter and did not represent ASC for purposes of this action.

19. ASC has been the most difficult Defendant to locate.

20. I first searched the California Secretary of States Web Site and found they were not listed as a corporate entity or Limited Liability Company authorized to do business in California.

21. Thereafter I looked on the internet and contacted my client for addresses. All he had or the internet had was a Post office Box in Des Moines Iowa. I even attempted calling a “Customer Service” number for ASC but was told they could not give out a street address.

22. This however, led me to the Secretary of State for the State of Iowa. The Iowa Secretary of State’s Web site gave me information which said that the legal name was :Wells Fargo Home Mortgage” as holding the fictitious business name of ASC (Exhibit 8)

23. I returned to the California Secretary of States Web site and found that WELLS FARGO HOME MORTGAGE had been merged out but that it shared the same Corporate address as ASC in Des Moines (Exhibit 8 )

24. I also found that WELLS FARGO had a Registered Agent located in California. (Exhibit 9).

25. According to the Iowa Secretary of States Web Site they serve as a registered agent.

26. Thereafter all documents were duly served via Knox Attorney Service at the offices of the registered agent for service of process. In addition documents were sent via DHL for a supplemental service at the Main Corporate Offices of both ASC and WELLS FARGO and were also serve via DHL under the Federal Courts more expansive service rules on the Iowa Secretary of State.

27. I duly caused the original Complaint, the 1st Amended Complaint, the Motion for TRO , the Points and Authorities, and Supporting Documents, The Motion for Preliminary Injunction Points and Authorities, and Supporting Documents, and hard copies of the courts orders to be served on all Defendants as set forth above.

28. On or about July 28th I received a call from Ken Cole Corporate Counsel for HOME LOAN. I told him about the TRO and pending Motions. He asked for an extension of time within which to respond to the complaint. I said I could grant him that but that I would prepare a joint Motion for submission to the court that essentially HOME LOAN had no interest in the preliminary injunction issues since it did not affect them one way or the other.

29. I duly prepared the Joint Motion and on July 29th duly sent it to him via electronic mail a copy of the email and attachment are appended hereto (Exhibit 10).

30. Thereafter I heard from Counsel for ASC seeking the service documents. Before I could send them to him he filed notice with the court and sought an extension of time.

31. As of yesterday I received the attached e-mail from US BANK (Exhibit 11).

32. I have duly served all parties to this action though it has taken me longer that I would have wished.

33. I am still awaiting information from the California Secretary of State concerning the "merged out" status of WELLS FARGO HOME LOAN in Claifornia. Given the current budget crisis in California I suspect it will be some time before I receive and answer to my written request.

34. All parties, however have been served under the procedures of the Federal Rules.

35. During all of this I have had two emergencies for other clients and a trial in a matter entitled *Schneider v. Ibarra* et al in the San Diego Superior Court.

36. Since my practice almost entirely consists of cases involving mortgages and problems arising out of them they are often at a crisis level,

37. I admit that by inadvertence I fell behind in the deadlines in this matter. I certainly intended no disrespect to the court.

38. It was very difficult to assure that notice reached all of the Defendants in this matter particualrly as ASC seems to work at being invisible. In the current climate I can understand why they feel a need to do it but at times I felt as though I was working through a maze without a map.

39. As I said I did not intentionally fail to file proofs of service and in fact I was trying to determine for sure that I had actually given notice to everyone involved.

40. I submit this declaration is response to the Court's OSC.

Executed under penalty of perjury this 8th Day of August 2008 at San Diego, County of San Diego, State of California under the laws of the State of California.

s/ Janis L. Turner
Attorney for Plaintiff Richard A. Connors

E-mail: jlt@janturnerlaw.com

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| HOME LOAN CORPORATION WHICH WILL DO BUSINESS IN CALIFORNIA AS EXPANDEDMORTGAGE CREDIT | | |
| **Number:** C2124645 | **Date Filed:** 11/2/1998 | **Status:** surrender |
| **Jurisdiction:** TEXAS | | |
| **Address** | | |
| 450 GEARS RD STE 600 | | |
| HOUSTON, TX 77067 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of AUG 01, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. (MERS) | | |
| **Number:** C2416221 | **Date Filed:** 5/21/2002 | **Status:** suspended |
| **Jurisdiction:** California | | |
| **Address** | | |
| 2216 16TH STREET | | |
| SACRAMENTO, CA 95818 | | |
| **Agent for Service of Process** | | |
| AL SEASTRAND | | |
| 2216 16TH STREET | | |
| SACRAMENTO, CA 95818 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# California Business Portal

Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUN 20, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| U.S. BANCORP | | |
| **Number:** C2061885 | **Date Filed:** 11/26/1997 | **Status:** active |
| **Jurisdiction:** DELAWARE | | |
| **Address** | | |
| 800 NICOLLET MALL | | |
| MINNEAPOLIS, MN 55402 | | |
| **Agent for Service of Process** | | |
| C T CORPORATION SYSTEM | | |
| 818 WEST SEVENTH ST | | |
| LOS ANGELES, CA 90017 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

undefined

U.S. Bank Home Customer Service Contact Us Locations Careers About U.S. Bancorp

Search 

About U.S. Bancorp

★ Investor/Shareholder Information

Investor/Shareholder Information > Corporate Overview > Contact Information

Contact Information
Ownership Profile

**Related Links**
Careers at U.S. Bancorp
Community Relations
Corporate Governance
Resources

# Contact Information

For information regarding shareholder records, stock transfers, changes of ownership, changes of address, dividend payment and share exchange, please click here for our transfer agent and registrar contact information.

For investor information about U.S. Bancorp, please click here for request form.

The Corporate Headquarters of U.S. Bancorp are located at:

U.S. Bancorp Center
800 Nicollet Mall
Minneapolis, MN 55402
651-466-3000

For Investor Relations information, please contact:

Judy Murphy
Senior Vice President, Investor Relations
U.S. Bancorp
BC-MN-H23K
800 Nicollet Mall
Minneapolis, MN 55402
Telephone: 612-303-0783
Toll Free: 866-775-9668
Fax: 612-303-0782
Email: judith.murphy@usbank.com

The information that is on or available through this site is for informational purposes only and speaks only as of the particular date or dates of that information. We do not guarantee the accuracy or completeness of information on or available through this site, and we are not responsible for inaccuracies or omissions in that information or for actions taken in reliance on that information. U.S. Bancorp does not undertake an obligation, and disclaims any duty, to update any of the information on or available through this site.

This site is supported through the use of Microsoft Internet Explorer Browser, version 6.x or higher. Use of older or other browsers may cause pages to improperly display. We regret any inconvenience that this may cause.

Privacy Pledge | © 2008 U.S. Bancorp

Site Map | Careers

PLEASE TYPE OR PRINT

**FOR SHIPMENTS WITHIN U.S. ONLY**

001 (09/06) EC

1 Sender Account Number: 851128924

Preprint Format No.: 128020547

FROM (Company): JANIS L TURNER A LAW CORP

Street Address: STE 242 B, 2515 CAMINO DEL RIO S

City: SAN DIEGO | State: CA | ZIP CODE (Required): 92108

Sent by (Name/Dept): RUTHIE LOA

Phone (Required): 619-718-4800

2 TO (Company) PLEASE PRINT NEATLY: US Bank National Assoc

Street Address: 60 Livingston ave

City: St Paul | State: MN | ZIP CODE (Required): 55107

Attention: (Name/Dept): Trust Dept

Phone (Required):

Description: Docs

Sender's Signature: [signature] Date: 7/7/08

DHL Signature: Date:

3 Payment. Sender will be billed unless marked otherwise. Bill to: ☐ Receiver ☐ 3rd Party. Account No. (Required)

☐ Paid in Advance. Check No. Amount

Origin: SAN

Waybill Number: 7283821264 6

Billing Reference (will appear on invoice): CONNORS

5 # of Pkgs: 1

6 Weight (LBS) REQUIRED: 2. SUBJECT TO CORRECTION

7 Packaging. One box must be checked: ☐ Express Envelope ☒ Express Pack ☐ Other Packaging

Special Instructions

☐ Saturday Delivery. Extra charge. Not available for all services and locations.

☐ Hold at DHL

☐ Lab Pack Service

☐

Shipment Valuation

Shipment Value Protection ☐ $ .00

Payment Details (Credit Card)

No.

Type ______ Expires ______

Auth.

4 Service Type. One box must be checked. Assume noon unless noted. 10:30 am Extra charge.

*Next Day 10:30 — 10:30

*Next Day 12:00 — 12:00

*Next Day 3:00 — 3:00 [crossed out]

*2nd Day — 5:00

*Service may vary by destination, visit www.dhl-usa.com

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

DHL EXPRESS

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, FL 33324, 1 800 Call-DHL

SENDER'S COPY

# Track results detail

▸ Print this page

## Tracking results detail for 72838212646

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 7/8/2008 10:01 am |
| Delivered to | |
| Signed for by | **BONNEER R** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 10:01 am | Shipment delivered. | Minneapolis, MN |
| | 7:54 am | With delivery courier. | Minneapolis, MN |
| | 7:04 am | Arrived at DHL facility. | Minneapolis, MN |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA 92108
United States

**Ship To:**
US BANK NATIONAL ASSOC
Saint Paul, MN 55107
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *
Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:47:54 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▸ Print this page

## Signature details for 72838212646

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08 10:01 am |
| Delivered to | Receptionist |
| Signed for by | **BONNEER** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:48:11 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

FOR SHIPMENTS WITHIN U.S. ONLY

PLEASE TYPE OR PRINT

1 Sender Account Number: 851128924

Preprint Format No.: 128020547

FROM (Company): JANIS L TURNER A LAW CORP

Street Address: STE 242 B, 2515 CAMINO DEL RIO S

City: SAN DIEGO State: CA ZIP CODE (Required): 92108

Sent by (Name/Dept): ~~RUTHIE~~ Lori

Phone (Required): 619-718-4800

2 TO (Company) PLEASE PRINT NEATLY: Home Loan Corp

Street Address: 450 Gears Road Ste 600

City: Houston State: TX ZIP CODE (Required): 77067

Attention: (Name/Dept)

Phone (Required)

Description: DOCS

Sender's Signature: [signature] Date: 7/7/08

DHL Signature Date

3 Payment — Sender will be billed unless marked otherwise. Bill to: Receiver ☐ 3rd Party ☐ Account No. (Required)

Origin: SAN

Waybill Number: 7283820544

☐ Paid in Advance Check No. Amount

Billing Reference (will appear on invoice): Connors

5 # of Pkgs: 1

6 Weight (LBS) REQUIRED: 2 SUBJECT TO CORRECTION

7 Packaging One box must be checked: Express Envelope ☐ Express Pak (circled) ☐ Other Packaging ☐

Special Instructions

☐ Saturday Delivery Extra charge Not available for all services and locations.

☐ Hold at DHL

☐ Lab Pack Service

☐

Shipment Valuation

Shipment Value Protection ☐ $ .00

Payment Details (Credit Card)

No.

Type Expires

Auth.

4 Service Type — One box must be checked. Assume noon unless noted. 10:30 am Extra charge.

*Next Day 10:30

*Next Day 12:00

*Next Day 3:00

*2nd Day

*Service may vary by destination, visit www.dhl-usa.com

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL

DHL EXPRESS

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, FL 33324 1 800 Call-DHL

SENDER'S COPY

001 (08/06) EC



# Track results detail

▸ Print this page

## Tracking results detail for 72838209544

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 7/8/2008 9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Tracking history

| **Date and Time** | | **Status** | **Location** |
|---|---|---|---|
| 7/8/2008 | 9:57 am | Shipment delivered. | Houston, TX |
| | 7:33 am | With delivery courier. | Houston, TX |
| | 7:21 am | Arrived at DHL facility. | Houston, TX |
| | 6:34 am | Depart Facility | Houston, TX |
| | 6:10 am | Depart Facility | Wilmington, OH |
| | 5:41 am | Transit through DHL facility | Houston, TX |
| | 3:08 am | Processed at DHL Location. | Wilmington, OH |
| | 2:43 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA 92108
United States

**Ship To:**
HOME LOAN
Houston, TX 77067
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:51:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

* **Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



Case 3:08-cv-01134-L-LSP Document 24-6 Filed 08/08/2008 Page 3 of 3

# Delivery Signature Detail

▸ Print this page

## Signature details for 72838209544

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08 9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:51:51 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800

Ref. No. : 0400713-01

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : CONNORS
DEFENDANT : HOME LOAN CORP

Case No.: 08CV1134-L(LSP)
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; AMENDED COMPLAINT; CIVIL CASE COVER SHEET; ORDER GRANTING TEMPORARY RESTRAINING ORDER [doc.#5] and ENJOINING THE SALE OF PROPERTY; TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

3. a. Party served : HOME LOAN CORP
AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
b. Person served : MARGARET WILSON, PROCESS SPECIALIST
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 818 WEST 7TH STREET
LOS ANGELES, CA 90017 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 8, 2008 (2) at: 09:00 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: HOME LOAN CORP
AUTHORIZED AGENT FOR SERVICE: CT CORPORATION SYSTEMS
under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
a. JESSICA VALENCIA
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700

d. Fee for service: $115.50
e. I am:
(3) a registered California process server
(i) an independent contractor
(ii) Registration No.: 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 14, 2008

Signature: ______________________
JESSICA VALENCIA

PLEASE TYPE OR PRINT

**FOR SHIPMENTS WITHIN U.S. ONLY**

1 Sender Account Number: 851128924

Preprint Format No. 128020547

FROM (Company): JANIS L TURNER A LAW CORP

Street Address: STE 242 B
2515 CAMINO DEL RIO S

City: SAN DIEGO | State: CA | ZIP CODE (Required): 92108

Sent by (Name/Dept): ~~RUTHIE~~ Con

Phone (Required): 619-718-4800

2 TO (Company) PLEASE PRINT NEATLY: Home Loan Corp

Street Address: 450 Gears Road Ste 600

City: Houston | State: TX | ZIP CODE (Required): 77067

Attention: (Name/Dept)

Phone (Required) ( )

Description: Docs

Sender's Signature | Date: 7/7/08

DHL Signature | Date

3 Payment — Sender will be billed unless marked otherwise. Bill to:

Origin: SAN

Waybill Number: 7283820954 4

Receiver ☐ 3rd Party ☐ Account No. (Required)

☐ Paid in Advance — Check No. — Amount

Billing Reference (will appear on invoice): Connors

5 # of Pkgs: 1 | 6 Weight (LBS): 2 | 7 Packaging — One box must be checked: Express Envelope ☐ Express Pak ☒ Other Packaging ☐

Special Instructions
☐ Saturday Delivery — Extra charge. Not available for all services and locations.
☐ Hold at DHL
☐ Lab Pack Service
☐

Shipment Valuation
Shipment Value Protection ☐ $ .00

Payment Details (Credit Card)
No.
Type — Expires
Auth.

4 Service Type — One box must be checked. Assume 12:00 unless noted. 10:30 am Extra charge.
Next Day 10:30 — 10:30
Next Day 12:00 — 12:00
Next Day 3:00 — 3:00
*2nd Day — 5:00

*Service may vary by destination, visit www.dhl-usa.com

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL.

DHL EXPRESS

DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY



# Track results detail

▸ Print this page

## Tracking results detail for 72838209544

**Tracking summary**

| | |
|---|---|
| Current Status | ✓ **Shipment delivered.** |
| Delivered on | 7/8/2008 9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:57 am | Shipment delivered. | Houston, TX |
| | 7:33 am | With delivery courier. | Houston, TX |
| | 7:21 am | Arrived at DHL facility. | Houston, TX |
| | 6:34 am | Depart Facility | Houston, TX |
| | 6:10 am | Depart Facility | Wilmington, OH |
| | 5:41 am | Transit through DHL facility | Houston, TX |
| | 3:08 am | Processed at DHL Location. | Wilmington, OH |
| | 2:43 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA 92108
United States

**Ship To:**
HOME LOAN
Houston, TX 77067
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *
Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:51:31 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▶ Print this page

## Signature details for 72838209544

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08 9:57 am |
| Delivered to | Receptionist |
| Signed for by | **MCGUIRE** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:51:51 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

PLEASE TYPE OR PRINT

**FOR SHIPMENTS WITHIN U.S. ONLY**

001 (08/06) EC

1 Sender Account Number: 851120924
Preprint Format No.: 128020547

FROM (Company): JANIS L TURNER A LAW CORP
Street: STE 242 B
2515 CAMINO DEL RIO S
City: SAN DIEGO State: CA ZIP CODE (Required): 92108
Sent by (Name/Dept): ~~RONNIE~~ LORI
Phone (Required): 619-718-4800

2 TO (Company) PLEASE PRINT NEATLY: Mortgage Electronic Registration
Street Address: 1818 Library Street Ste 300
City: Reston State: VA ZIP CODE (Required): 20190
Attention: (Name/Dept): C/o Corporate Counsel
Phone (Required):
Description: Docs
Sender's Signature Date: 7/7/08
DHL Signature Date

3 Payment — Sender will be billed unless marked otherwise
Origin: SAN
Waybill Number: 72638212042
Bill to: Receiver ☐ 3rd Party ☐ Account No. (Required)
☐ Paid in Advance Check No. Amount
Billing Reference (will appear on invoice): Connors

5 # of Pkgs: 1 6 Weight (LBS): 2 (subject to correction)
7 Packaging — One box must be checked: Express Envelope ☐ Express (Pak) ☒ Other Packaging ☐

Special Instructions
☐ Saturday Delivery — Extra charge. Not available for all services and locations.
☐ Hold at DHL
☐ Lab Pack Service ☐

Shipment Valuation
Shipment Value Protection ☐ $ .00

Payment Details (Credit Card)
No.
Type Expires
Auth.

4 Service Type — One box must be checked. Assume noon unless noted. 10:30 am Extra charge.
Next Day 10:30 ☐ 10:30
Next Day 12:00 ☐ 12:00
Next Day 3:00 ☒ 3:00
*2nd Day ☐ 5:00

*Service may vary by destination, visit www.dhl-usa.com

ABSENT A HIGHER SHIPMENT VALUATION, CARRIER'S LIABILITY IS LIMITED TO $100 PER SHIPMENT, OR ACTUAL VALUE, WHICHEVER IS LESS. SPECIAL OR CONSEQUENTIAL DAMAGES ARE NOT RECOVERABLE. SEE TERMS AND CONDITIONS ON REVERSE SIDE OF THIS NON-NEGOTIABLE WAYBILL

DHL EXPRESS
DHL Express (USA), Inc., 1200 South Pine Island Road, Plantation, FL 33324
1 800 Call-DHL

SENDER'S COPY

JANIS L. TURNER, ESQ.(SBN 079217)
JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800
Attorney for : RICHARD A. CONNORS

Ref. No. : 0400712-01
Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : RICHARD A. CONNORS
DEFENDANT : HOME LOAN CORP., et al.

Case No.: 08 CV 1134 L LSP
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; 1st AMENDED COMPLAINT; NOTICE OF MOTION FOR ISSUANCE OF PRELIMINARY INJUCTION; POINT AND AUTHORITIES IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION; DECLARATION OF RICHARD CONNORS SUPPORTING ISSUANCE OF PRELIMINARY INJUNCTION; ORDER GRANTING TEMPORARY RESTRAINING ORDER

3. a. Party served : MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
   b. Person served : LAURA SEASHAND (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2216 16TH STREET
   SACRAMENTO, CA 95818 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 14, 2008 (2) at: 11:30 AM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp.
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. PATRICK HARRIS
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $115.50
   e. I am:
      (3) a registered California process server
         (i) an employee
         (ii) Registration No. 152
         (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: July 14, 2008

Signature: [signature]
PATRICK HARRIS



# Track results detail

▸ Print this page

## Tracking results detail for 72838212042

**Tracking summary**

| | |
|---|---|
| Current Status | ✔ **Shipment delivered.** |
| Delivered on | 7/8/2008 9:38 am |
| Delivered to | Shipping Dock |
| Signed for by | **SARA** |

## Tracking history

| Date and Time | | Status | Location |
|---|---|---|---|
| 7/8/2008 | 9:38 am | Shipment delivered. | Chantilly, VA |
| | 7:29 am | With delivery courier. | Chantilly, VA |
| | 7:27 am | Arrived at DHL facility. | Chantilly, VA |
| | 6:19 am | Depart Facility | Wilmington, OH |
| | 3:03 am | Processed at DHL Location. | Wilmington, OH |
| | 2:47 am | In transit. | Wilmington, OH |
| 7/7/2008 | 7:07 pm | Depart Facility | San Diego, CA |
| | 7:05 pm | Transit through DHL facility | San Diego, CA |
| | 5:03 pm | Processed at DHL Location. | San Diego, CA |
| | 5:03 pm | Departing origin. | San Diego, CA |
| | 4:06 pm | Shipment picked up | San Diego, CA |

**Ship From:**
JANIS L TURNER A LAW CORP
San Diego, CA 92108
United States

**Ship To:**
MORTGAGE ELECTRONIC
Reston, VA 20190
United States

**Shipment Information:**
Ship date: 7/7/2008
Pieces: 1
Total weight: 2 lbs *

Ship Type: Package
Shipment Reference: CONNORS
Service: Next Day 3:00
Special Service:
Description:

Tracking detail provided by DHL: 7/14/2008, 10:50:45 am pt.

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

*** Note on weight:**
The weights displayed on this website are the weights provided when the shipment was created. Actual chargeable weights may be different and will be provided on invoice.



# Delivery Signature Detail

▸ Print this page

## Signature details for 72838212042

RECEIVED IN GOOD ORDER EXCEPT AS NOTED

## Summary details

| | |
|---|---|
| Current Status | ✓ **Shipment Delivered** |
| Delivered on | 7/8/08 9:38 am |
| Delivered to | Shipping Dock |
| Signed for by | **SARA** |

## Receiver Information

Please retry later to obtain receiver infomation.

Tracking detail provided by DHL: 7/14/2008 10:50:57 AM

You are authorized to use DHL tracking systems solely to track shipments tendered by or for you to DHL. Any other use of DHL tracking systems and information is strictly prohibited.

JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800
Attorney for : RICHARD A. CONNORS

Ref. No. : 0400715-03
Atty. File No.: 08CV1134LLSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : RICHARD A. CONNORS
DEFENDANT : HOME LOAN CORP., et al.

Case No.: 08 CV 1134 L LSP
**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF EMERGENT HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER

3. a. Party served : MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
   b. Person served : AL SEASTRAND, (AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2216 16TH STREET SACRAMENTO, CA 95818 (Business)

5. I served the party
   a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on June 27, 2008 (2) at: 02:05 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
   c. on behalf of: MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC. AUTHORIZED AGENT FOR SERVICE: AL SEASTRAND
   under [xx] CCP 416.10 (corporation)

7. **Person who served papers**
   a. JOHN D. HOUSTON
   b. KNOX ATTORNEY SERVICE, INC.
   2250 Fourth Avenue
   San Diego, California 92101
   c. 619-233-9700
   d. Fee for service: $115.50
   e. I am:
   (3) a registered California process server
   (i) an employee
   (ii) Registration No. 152
   (iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: June 30, 2008

Signature: [signature]
JOHN D. HOUSTON

GO

Michael A. Mauro

Home → Search Databases → Iowa Corporations → Summary

## Search Databases

Addresses Agents Filings Names Officers Stock Summary Search Again

**Summary** Searched: **America's Servicing Company**

Print Certificate of Standing

| Corp No. | Legal Name | Status |
|---|---|---|
| 154254 | WELLS FARGO HOME MORTGAGE, INC. | Inactive |
| **Type** | **State of Inc.** | **Modified** |
| Legal | CA | No |
| **Expiration Date** | **Effective Date** | **Filing Date** |
| PERPETUAL | Nov 22, 1991 | Nov 22, 1991 |

Chapter
CODE 490 FOREIGN PROFIT

**Names** (viewing 3 of 6)

| Type | Status | Modified | Name |
|---|---|---|---|
| Fictitious name | Active | No | AMERICA'S MORTGAGE COMPANY |
| Fictitious name | Active | No | AMERICA'S SERVICING COMPANY |
| Legal | Active | No | WELLS FARGO HOME MORTGAGE, INC. |

**Registered Agent or Reserving Party**

| | |
|---|---|
| Full Name | IOWA SECRETARY OF STATE |
| Address | LUCAS STATE OFFICE BLDG |
| City, ST, Zip | DES MOINES, IA, 50319 |

**Home Office**

| | |
|---|---|
| Full Name | |
| Address | 1 HOME CAMPUS |
| City, ST, Zip | DES MOINES, IA, 50328001 |

Home | State of Iowa | Site Map | Contact Us



California Business Portal
Secretary of State DEBRA BOWEN

**DISCLAIMER:** The information displayed here is current as of JUL 18, 2008 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation | | |
|---|---|---|
| WELLS FARGO HOME MORTGAGE, INC. | | |
| **Number:** C0479222 | **Date Filed:** 10/13/1964 | **Status:** merged out |
| **Jurisdiction:** California | | |
| **Address** | | |
| 1 HOME CAMPUS MAC X2401-049 | | |
| DES MOINES, IA 50328 | | |
| **Agent for Service of Process** | | |
| CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERVICE | | |
| 2730 GATEWAY OAKS DR STE 100 | | |
| SACRAMENTO, CA 95833 | | |

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

JANIS L. TURNER, ESQ. (SBN 079217)
JANIS L. TURNER, ESQ.
2515 CAMINO DEL RIO SOUTH, SUITE 242B
SAN DIEGO CA 92108
619-718-4800
Attorney for : RICHARD A. CONNORS

Ref. No. : 0400710-01
Atty. File No.: 08 CV 1134 L LSP

UNITED STATES DISTRICT COURT, SO. DISTRICT OF CA
SOUTHERN JUDICIAL DISTRICT

PLAINTIFF : RICHARD A. CONNORS
DEFENDANT : HOME LOAN CORP. dba EXPANDED et. al.

Case No.: 08 CV 1134 L LSP

**PROOF OF SERVICE**

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT; CIVIL COVER SHEET; NOTICE OF MOTION FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER; NOTICE OF EMERGENT HEARING FOR ISSUANCE OF TEMPORARY RESTRAINING ORDER; 1ST AMENDED COMPLAINT; DECLARATION OF PLAINTIFF RICHARD CONNORS SUPPORTING TEMPORARY RESTRAINING ORDER; POINTS & AUTHORITIES; CERTIFICATE OF JANIS L. TURNER; ORDER GRANTING; SUPPLEMENTAL

3. a. Party served : AMERICA'S SERVICING COMPANY
AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING
b. Person served : BECKY DEGEORGE, AGENT FOR SERVICE
(AUTHORIZED AGENT FOR SERVICE)

4. Address where the party was served 2730 GATEWAY OAKS DRIVE
SACRAMENTO, CA 95833 (Business)

5. I served the party
a. **by personal service.** I personally delivered the documents listed in item 2 to the party or person authorized to receive service of process for the party (1) on July 24, 2008 (2) at: 01:30 PM

6. The "Notice to the person served" (on the summons) was completed as follows:
c. on behalf of: AMERICA'S SERVICING COMPANY
AUTHORIZED AGENT FOR SERVICE: CSC-LAWYERS INCORPORATING
under [xx] CCP 415.95 (business org., form unknown)

7. **Person who served papers**
a. JOHN D. HOUSTON
b. KNOX ATTORNEY SERVICE, INC.
2250 Fourth Avenue
San Diego, California 92101
c. 619-233-9700
d. Fee for service: $115.50
e. I am:
(3) a registered California process server
(i) an employee
(ii) Registration No. 152
(iii) County: San Diego

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date: August 4, 2008

Signature: ____________________
JOHN D. HOUSTON

**Jan Turner**

**From:** Jan Turner [jlt@janturnerlaw.com]
**Sent:** Tuesday, July 29, 2008 3:37 PM
**To:** 'kcole@homeloancorp.com'
**Subject:** COnnors v, Home Loan COrp. et al
**Attachments:** Order re Non opp.pdf; Joint Motion re non opposition.pdf

Dear Mr. Cole

Enclosed please find a draft of a joint motion with regard to no opposition to the Preliminary injunction and a copy of the proposed order.

Since I suspect your e-signature is as yet not accepted by the USDC of the Dist of So Cal I would appreciate it if you could simply fax me back the signature page and then mail me the original since our local court rules require I keep it for a period of 1 year,

The order is the one I will send to the Judge for signature

Obviously if you have changes you need made please let me know.

Janis L. Turner

**Jan Turner**

**From:** Jan Turner [jlt@janturnerlaw.com]
**Sent:** Monday, July 28, 2008 3:29 PM
**To:** 'Ken Cole'
**Subject:** RE: Case #08-DV-1134; Connors v. Home Loan Corp.

Dear Mr. Cole

This will confirm my agreement to the extension of time within which to respond to the complaint.

I will be sending you the appropriate stipulation concerning the Preliminary injunction shortly.

Janis L. Turner

---

**From:** Ken Cole [mailto:kcole@homeloancorp.com]
**Sent:** Friday, July 25, 2008 8:46 AM
**To:** jlt@janturnerlaw.com
**Subject:** Case #08-DV-1134; Connors v. Home Loan Corp.

Ms. Turner,

As discussed, I wanted to send you correspondence confirming our agreement to extend Home Loan's answer deadline in the above referenced case. I assume a stipulation needs to be filed with the court. Is a two week extension acceptable (making the answer deadline August 11th)? Thank you for your courtesy.

Kenneth R. Cole
General Counsel
Home Loan Corporation
450 Gears Road, Suite 600
Houston, Texas 77067
(281) 453-0300 Phone
(281) 453-0387 Direct
(281) 453-0380 Fax
kcole@homeloancorp.com

JANIS L. TURNER (Cal Bar No. 079217)
JANIS L TURNER ALC
2515 Camino Del Rio South Ste. 242B
San Diego CA 92108
(619)718-4800 (voice)
(619)718-4815 (fax)
jlt@janturnerlaw.com

Attorney for Plaintiff RICHARD A. CONNORS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CONNORS, an individual<br><br>Plaintiff<br><br>vs.<br><br>HOME LOAN CORP. dba EXPANDED MORTGAGE CREDIT, a Texas Corp. MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp., U.S. BANK NATIONAL ASSOCIATION as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2 AMERICA'S SERVICING COMPANY CAL WESTERN RECONVEYANCE CORP., a California Corp.<br><br>Defendants | Case No 08 CV 1134 L LSP<br><br>RICHARD A. CONNORS AND HOME LOAN CORPORATION'S JOINT MOTION RE NON-OPPOSITION TO PRELIMINARY INJUNCTION<br><br>Complaint filed: 6/24/2008<br>Judge: Honorable M. James Lorenz<br>Dept: 14<br><br>Trial date: None Set |

Plaintiff RICHARD A. CONNORS (Plaintiff) and Defendant HOME LOAN CORPORATION ( HOME LOAN), by and through their respective counsel, respectfully submit this Joint Motion of the non-opposition entry of a preliminary injunction by Defendant HOME LOAN.

**STATEMENT OF FACTS**

1. Plaintiff filed its first amended complaint all on or about July 3, 2008 alleging violations of 15 USC §1611 at set, 26 USC §2605 et seq., 15 USC §1602 at seq, California Civil Code §1788, Breach of Fiduciary Duty, Breach of Covenant,

Quiet Title, and seeking Declaratory and injunctive relief in connection with certain real property located at 402 Paso del Norte, Escondido, CA 92026 and identified by Assessors Parcel Number 187 – 500 – 21 (hereinafter Subject Property)

2. Plaintiff asserts that the true identity of the holder of the indebtedness secured by the deed of trust encumbering Subject Property is unknown and that his attempts to identify the property and or the parties have not been fulfilled.

3. For purposes of the preliminary injunction only, HOME LOAN's only interest is as an originator of the debt and that it has no interest in or will not be affected by the Preliminary Injunction sought here.

**JOINT MOTION**

4. Plaintiff acknowledges that for purposes of the Preliminary Injunction Defendant HOME LOAN is not involved in the foreclosure process.

5. Plaintiff further acknowledges that for purposes of the Preliminary Injunction Defendant HOME LOAN is not involved with the subject property.

6. HOME LOAN therefore agrees to be bound by and have no objection to any Preliminary Injunction issued with regard to this matter and further of firms, that it has a duly received and reviewed the service of all documents relating to said request for Preliminary Injunction.

7. Therefore Plaintiff and Defendant HOME LOAN agree and request that this Court issue an order consistent with the terms of this joint motion indicating that Defendant HOME LOAN has no objection and will be filing no response to Plaintiffs request for issuance of a Preliminary Injunction with regard to the within matter.

8. Plaintiff and this Defendant further affirm that Plaintiff has granted to this Defendant an extension to and through August 11, 2008 within which to file its response.

9. Therefore Plaintiff and Defendant HOME LOAN respectfully request that the Court enter an order consistent with the terms of this joint motion.

Dated: July 29, 2008

JANIS L. TURNER ALC

By________________________
Janis L. Turner Esq. Counsel for
Plaintiff RICHARD A. CONNORS

Dated:

HOME LOAN CORPORATION

By________________________
Kenneth R. Coles, its General Counsel

**Jan Turner**

**From:** jocelyn.jerin@usbank.com
**Sent:** Thursday, August 07, 2008 6:24 AM
**To:** jlt@janturnerlaw.com
**Subject:** 402 Paseo del Norte, Escondito, CA 92026

Hi Jan,

I apologize for the delay in getting you this information. Here is the name and contact information of the attorney representing U.S. Bank regarding the property referenced. If you need anything further, please let me know.

Edward D. Vogel
Sheppard Mullin
619.338.6529
501 West Broadway
19th Floor
San Diego, CA 92101

Thanks.

Jocelyn Jerin
Paralegal
Corporate Trust Legal
U.S. Bank National Association
EP-MN-WS4L
West Side Flats
60 Livingston Avenue
St. Paul, MN 55107
651-495-4123 direct
651-495-8188 fax
jocelyn.jerin@usbank.com

U.S. BANCORP made the following annotations

---

Electronic Privacy Notice. This e-mail, and any attachments, contains information that is, or may be, covered by electronic communications privacy laws, and is also confidential and proprietary in nature. If you are not the intended recipient, please be advised that you are legally prohibited from retaining, using, copying, distributing, or otherwise disclosing this information in any manner. Instead, please reply to the sender that you have received this communication in error, and then immediately delete it. Thank you in advance for your cooperation.

---

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that on August 8, 2008  the Response to OSC of

Counsel for Plaintiff RICHARD CONNORS with exhibits,  re Service all pleadings and

most particualrly Documents Concerning TRO and Preliminary injunction  was filed

electronically with the clerk of the court using the CM/ECF system which will

automatically send e-mail notice of filing to the following counsel of record. Counsel

additonally served a chambers copy of the within document on the Hon M. James Lorenz

via Knox Attorney Service.

Additionally Defendants who have not yet appeared they were served with the

within documents via US Mail. Either directly or to their registered agents for service of

process as set forth in the appended and incorporated mailing list

Dated: August 8, 2008                           s/ Janis L. Turner_____
                                                Attorney for Plaintiff Richard A. Connors

                                                E-mail: jlt@janturnerlaw.com

Electronic Service

Thomas Abbott
tabbott@piteduncan.com
Counsel for Defendant CAL WESTERN RECONVEYANCE

Edward D. Vogel
evogel@shepparrmullin.com
Counsel for Defendant AMERICA'S SERVICING COMPANY
Counsel designated by US BANK

MAILING LIST

Additionally Defendants were served as follows:

Via US Mail:


Ken R. Cole
General Counsel
Home Loan Corp
450 Gears Rd Ste 600
Houston TX 77067

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Registered Agent
2216 16th St
Sacramento CA 95818


US BANK NATIONAL ASSOC, as Trustee
Trust Legal Department
60 Livingston Ave
St Paul MN 55107

MORTGAGE ELECTRONIC REGISTRATION SYSTEMS
C/O Corporate Counsel
MERS
1818 Library Street Ste 300
Reston VA 20190