UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

**NOTICE OF DOCUMENT DISCREPANCIES AND ORDER THEREON**

CASE NO.: 08CV1134-L(LSP)     CASE TITLE: *Connors v. Home Loan Corp.*
E-FILED DATE: 8/22/08     DOCKET NO.: 27
DOCUMENT TITLE: Joint Motion re Non-Opposition to Preliminary Injunction
DOCUMENT FILED BY: Plaintiff

Upon the electronic filing of the above referenced document(s), the following discrepancies are noted:

| x | Civil Local Rule or Electronic Case Filing Administrative Policies and Procedures Manual provision ("ECF") | Discrepancy |
|---|---|---|
|   | ECF § 2(h) | Includes a proposed order or requires judge's signature |
| X | ECF § 2(a), (g) | Docket entry does not accurately reflect the document(s) filed; You have e-filed this document as a motion for extension of time to file answer rather than as a joint motion re preliminary injunction. |
|   | ECF § 2(g) | Multiple pleadings in one docket entry not separated out as attachments - certificate of service should be filed as an attachment to joint motion |
|   | ECF § 2(f) | Lacking proper signature |
|   | Civ. L. Rule 5.1 | Missing time and date on motion and/or supporting documentation |
|   | Civ. L. Rule 7.1 or 47.1 | Date noticed for hearing not in compliance with rules/Document(s) are not timely |
|   | Civ. L. Rule 7.1 or 47.1 | Lacking memorandum of points and authorities in support as a separate document |
|   | Civ. L. Rule 7.1 or 47.1 | Briefs or memoranda exceed length restrictions |
|   | Civ. L. Rule 7.1 | Missing table of contents |
|   | Civ. L. Rule 15.1 | Amended pleading not complete in itself |
|   | ECF § 2(f)(4) | OTHER: |

**IT IS HEREBY ORDERED**:

|   | The document is accepted despite the discrepancy noted above. Any further non-compliant documents may be stricken from the record. |
|---|---|
| X | The document is rejected. It is ordered that the Clerk **STRIKE** the document from the record, and serve a copy of this order on all parties. |

**COUNSEL IS ADVISED THAT ANY FURTHER FAILURE TO COMPLY WITH THE LOCAL RULES OR ELECTRONIC CASE FILING ADMINISTRATIVE POLICIES AND PROCEDURES MANUAL MAY LEAD TO PENALTIES PURSUANT TO CIVIL LOCAL RULE 83.1.**

DATED: August 22, 2008

_____
M. James Lorenz
United States District Court Judge