EDWARD D. VOGEL, Cal. Bar No. 110081
evogel@sheppardmullin.com
J. BARRETT MARUM, Cal. Bar No. 228628
bmarum@sheppardmullin.com
SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
    A Limited Liability Partnership
    Including Professional Corporations
501 West Broadway, 19th Floor
San Diego, California 92101-3598
Telephone:    619-338-6500
Facsimile:    619-234-3815

Attorneys for Defendants
AMERICA'S SERVICING COMPANY
and U.S. BANK, N.A. as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD A. CONNORS, an individual,<br><br>          Plaintiff,<br><br>  v.<br><br>HOME LOAN CORP. dba EXPANDED MORTGAGE CREDIT, a Texas Corp., MORTGAGE ELECTRONIC REGISTRATION SYSTEMS (MERS) a Delaware Corp., U.S. BANK NATIONAL ASSOCIATION, as trustee for CREDIT SUISSE FIRST BOSTON HEAT-2005-2, AMERICA'S SERVICING COMPANY, CAL WESTERN RECONVEYANCE CORP., a California Corporation.,<br><br>          Defendants. | Case No. 08 CV 1134 L LSP<br><br>**JOINT MOTION OF AMERICA'S SERVICING COMPANY, U.S. BANK, N.A., AND RICHARD A. CONNORS RE FORECLOSURE SALE AND PLAINTIFF'S MOTION FOR A PRELIMINARY INJUNCTION**<br><br>The Hon. M. James Lorenz<br><br>Date:<br>Time:    9:30 a.m.<br>Crtrm.:   14 |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Plaintiff Richard A. Connors ("Connors") and Defendants America's Servicing Company ("ASC") and U.S. Bank, N.A. as trustee for Credit Suisse First Boston Heat-2005-2 ("U.S. Bank") hereby file this Joint Motion regarding the foreclosure sale on the real property located at 402 Paseo del Norte, Escondido, California (the "Property") and Connors' motion for a preliminary injunction to bar that foreclosure sale. The parties respectfully request that the Court approve their Joint Motion and enter an order on the following terms:

1. Based on the parties' agreement as set forth in this Joint Motion, Plaintiff's motion for a preliminary injunction (Doc. No. 9) is **DENIED AS MOOT**.

2. Connors shall make a good faith payment to ASC in the amount of $10,000 by no later than **August 27, 2008 at 9:00 a.m.**, such payment to be applied to reduce the balance of Connors' past-due obligations (which ASC's counsel has estimated to be approximately $40,000). Payment shall be made by cashier's check made out to ASC and delivered to ASC's counsel. Acceptance of this partial payment by ASC does not constitute reinstatement of the loan, does not waive Connors default and shall not preclude ASC from proceeding with the scheduled foreclosure sale on or after September 16, 2008 as set forth in paragraph 5.

3. Provided that Connors makes the good faith payment set forth in paragraph 2, then the parties shall appear on **August 27, 2008 at 9:00 a.m.** before the Honorable Leo S. Papas, United States Magistrate Judge, for a settlement conference.

4. Plaintiff shall resume making monthly mortgage payments to ASC on September 1, 2008 in the amount of his monthly payments as of December 1, 2007.

5. ASC and U.S. Bank will voluntarily continue the foreclosure sale of the Property, which is presently scheduled for August 26, 2008, to a date in September which is on or after September 16, 2008.

1 | Dated: August 25, 2008

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By       /s/   J. Barrett Marum

Edward D. Vogel
J. Barrett Marum
Attorneys for America's Servicing Company and U.S. Bank, N.A.

Dated: August 25, 2008

JANIS L. TURNER ALC

By       /s/   Janis L. Turner

Janis L. Turner
Attorney for Richard A. Connors