1
2
3
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          SOUTHERN DISTRICT OF CALIFORNIA
10
11  RICHARD A. CONNORS,                )   Civil No. 08cv1134-L(LSP)
                                       )
12          Plaintiff,                 )   **ORDER GRANTING JOINT**
                                       )   **MOTION [doc. #30]; and DENYING**
13  v.                                 )   **AS MOOT MOTION FOR**
                                       )   **PRELIMINARY INJUNCTION [doc.**
14  HOME LOAN CORP. dba EXPANDED       )   **#9]**
    MORTGAGE CREDIT, *et al.*          )
15                                     )
            Defendants.                )
16  _____     )

17      Good cause appearing, plaintiff Richard A. Connors' ("Connors") and defendants
18  America's Servicing Company ("ASC") and U.S. Bank, N.A. as trustee for Credit Suisse First
19  Boston Heat-2005-2's ("U.S. Bank") Joint Motion [doc. #30] regarding the foreclosure sale on the
20  real property located at 402 Paseo del Norte, Escondido, California (the "Property") is **GRANTED** as
21  follows:
22      1.  Plaintiff's motion for preliminary injunction is **DENIED** as moot [doc. #9] and the
23          temporary restraining Order filed July 2, 2008 [doc. #6] is **VACATED**.
24      2.  Plaintiff shall make a good faith payment to ASC in the amount of $10,000.00 no
25          later than **August 27, 2008 at 9:00 a.m.**, with such payment to be applied to
26          reduce the balance of Connors' past-due obligations.  Payment shall be made by
27          cashier's check made out to ASC and delivered to ASC's counsel.  Acceptance of
28          the partial payment by ASC does not constitute reinstatement of the loan, does not

waive Connors' default and shall not preclude ASC from proceeding with the scheduled foreclosure sale on or after September 16, 2008, as set forth in paragraph 5.

3. Provided plaintiff makes the good faith payment, the parties shall appear on **August 27, 2008 at 9:00 a.m.** before the Honorable Leo S. Papas, United States Magistrate Judge, for a settlement conference.

4. Plaintiff shall resume making monthly mortgage payments to ASC on September 1, 2008 in the amount of his monthly mortgage payments as of December 1, 2007.

5. ASC and U.S. Bank will voluntarily continue the foreclosure sale of the Property, which is presently scheduled for August 26, 2008, to a date in September which is on or after September 16, 2008.

**IT IS SO ORDERED**.

DATED: August 25, 2008

M. James Lorenz
United States District Court Judge

COPY TO:

HON. LEO S. PAPAS
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL